# Exhibit Cover Page

**EXHIBIT NUMBER** 4





2







5



