# Exhibit Cover Page

**EXHIBIT NUMBER** 7\_\_\_\_

Outlook

**Fw: [EXTERNAL SENDER] Social Media & Muslim Walkout**

On Wed, Jun 12, 2024 at 9:00 PM Kathryn Hiester ▮ wrote:

Hello, Ms. Thompson & Ms. Stamps,

Some Palumbo students are posting about the incident at Palumbo on social media and also bullying on social media. An IG account called Palumbo Positivity named the individual boys involved in the incident. Palumbo Muslim students are planning a walkout tomorrow and most alarmingly ▮ received a death threat.

I'm attaching screenshots so that you can be aware of what is going on. Palumbo students have even reached out to ▮ sister who is a student at Central who herself has been harassed repeatedly for being Jewish.

I am concerned because ▮ is being accused of all kinds of things and has been told that "you're so cooked the whole Palumbo is on your ass."

Please reassure me that you will have increased security and that you will review any video footage of the library.

Thank you,
Kathryn Hiester