AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

M. PARMAR, JEAN DANOWITZ, CHRISTOPHER HIESTER, RATNADEEP PARMAR, M. DANOWITZ, KATHRYN HIESTER, J. HIESTER, CATHERINE PARMAR

*Plaintiff(s)*

v.

Civil Action No 25-4502

RICHARD IV GORDON, KRISTIN LUEBBERT, KEZIAH RIDGEWAY, SCHOOL DISTRICT OF PHILADELPHIA, RASHIDA STAMPS, KIANA THOMPSON

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: KEZIAH RIDGEWAY

    4901 Chestnut Street
    Philadelphia, PA 19139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    LORI LOWENTHAL MARCUS
    The Deborah Project, Inc.
    P.O. Box 212
    Merion Station, PA 19066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/8/25

*s/Vincent J. Alia*
*Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

CivilAction No. 25-4502

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KEZIAH RIDGEWAY**
was received by me on *(date)* **08/14/2025**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Marla Travis-Curtis, Principal at 11:55am**, who is
designated by law to accept service of process on behalf of *(name of organization)* **West Philadelphia High School**
at **4901 Chestnut Street, Philadelphia, PA 19139** on *(date)* **09/04/2025** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/5/25

Server's signature

Christopher Mellett / Process Server
*Printed name and title*

2142 South Broad Street, Lower Level
Philadelphia, PA 19145
*Server's address*

Additional information regarding attempted service, etc:
Description: African American, Female, 5'3", 125lbs, 55 years old, wearing green head scarf