# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN HIESTER, et al. | : No. 2:25-cv-04502 |
| Plaintiffs, | : |
| | : (Hon. John Milton Younge) |
| v. | : |
| | : |
| THE SCHOOL DISTRICT OF PHILADELPHA et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 11th day of September 2025, upon consideration of the School District of Philadelphia's Unopposed Request for Extension to Respond to Plaintiffs' Complaint, it is hereby **ORDERED** that the request is **GRANTED.** Defendants must respond to Plaintiffs' Complaint **on or before November 8, 2025.**

Counsel are referred to Judge Younge's operating procedures for further information: ttps://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

BY THE COURT:

/s/ John Milton Younge
HONORABLE JOHN MILTON YOUNGE
U.S. District Court