# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEISTER, et al,

           Plaintiffs,                   Civil Action No.
                                       2:25-04502-JMY

     v.

SCHOOL DISTRICT OF
PHILADELPHIA, et al,

           Defendants.

## STIPULATION OF PRELIMINARY SCHEDULED RESPONSES

WHEREAS the Plaintiffs in this lawsuit filed their Complaint with this Court on August 6, 2025; and

WHEREAS the Defendants are represented by different counsel; and

WHEREAS the final Defendant received service on September 17, 2025; and

WHEREAS all parties seek an efficient and coordinated response and briefing schedule;

NOW, THEREFORE, the undersigned counsel for Plaintiffs and Defendants hereby stipulate that

Defendants' responses to Plaintiffs Complaint shall be due on and including November 17, and Plaintiffs' responses to Defendants shall be due on and including January 5, 2026.

DATED: September 29, 2025        THE DEBORAH PROJECT

                                      _[signature]_

                                      Lori Lowenthal Marcus Attorney ID No. 53388
                                      Jerome M. Marcus Attorney ID No. 50708
                                        P.O.B. 212
                                      Merion Station, PA 19066
                                      610.880.0100 voice
                                      LoriLowenthalMarcus@I
                                      Jmarcus@DeborahProject.Org
                                      *Counsel for Plaintiffs, HIESTER, ET AL.*

DILWORTH PAXSON


                           /s/
_____

Marjorie M. Obod, Esq.
Margaret Spitzer, Esq.
Dilworth Paxson LLP
1650 Market Street suite 1200
Philadelphia, PA 19103
(215) 575-7000/(215)754-4603(fax)
moboc@Dilworthlaw.com
mpersico@Dilworthlaw.com
*Counsel for Defendant*
*SCHOOL DISTRICT OF PHILADELPHIA*


MARSHALL DENEHY


                           /s/
_____
Lee C. Durivage, Esq.
Marshall Denehey
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2584/215-575-0856
*Counsel for Defendants*
*LUEBBERT and RIDGEWAY*


It is SO ORDERED this _____t_____ day of ___30th__, 2025.



_____h___t_____
Hon. John M. Younge
United States District Judge


2