# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KATHRYN HIESTER, *et al.*,<br>      Plaintiffs,<br><br>   v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHA *et al.*,<br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: No. 2:25-cv-04502 |

## ORDER

**AND NOW**, this 13th day of January 2026, upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 24), it is hereby **ORDERED** as follows:

  1. Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 24) is **GRANTED**, giving legal effect to the previously filed Amended Complaint (ECF No. 17);

  2. The motions to dismiss the original Complaint filed by Defendants Kristin Luebbert and Keziah Ridgeway (ECF No. 15) and Defendants Richard Gordon IV, School District of Philadelphia, Rashida Stamps, and Kiana Thompson (ECF No. 16) are deemed **MOOT**;

  3. Defendants shall answer or otherwise respond to the Amended Complaint (ECF No. 17) within fourteen (14) days from the date of this Order.

                  **BY THE COURT:**

                  */s/ John Milton Younge*
                  _____
                  **HON. JOHN MILTON YOUNGE**
                  **U.S. District Court**