# Exhibit Cover Page

**EXHIBIT NUMBER** <u>1</u>_____

Case 2:25-cv-04502-JMY   Document 13-1   Filed 01/08/26   Page 1 of 25



