# Exhibit Cover Page

**EXHIBIT NUMBER** 2

## PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. No. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 24 | 03 | 027578 | 03 | 03 | JSCI | 6-13-24 |

CRIME OR INCIDENT CLASSIFICATION: Disturbance
CODE: 330
TIME OUT: 9:50 P / TIME IN: A

LOCATION OF OCCURRENCE: 1100 CATHARINE ST
IN / TYPE OF PREM: 052

DATE OF OCCUR.: 6-11-24
DAY CODE: 2
TIME OF OCCUR.: 12:00
A: 6
NATURE OF INJURY: NONE

COMPLAINANT: Ms. KIANA THOMPSON
AGE: — RACE: B SEX: F

BPP# 23874
7/24/24 BR
#F4909

FOUNDED: ☒ Yes ☐ No
REPORT TO FOLLOW: ☐ Yes ☒ No ☐ Close Out

WITNESS: ☐ Yes ☐ No
TRACEABLE PROP.: ☐ Yes ☐ No
UNIQUE DESCRIPTION OF OFFENDER: ☐ Yes ☐ No
OTHER EVIDENCE: ☐ Yes ☐ No

DESCRIPTION OF INCIDENT:

P/ DISTURBANCE SCHOOL
- ABOVE COMPLAINANT - PRINCIPAL FOR
▓▓▓▓▓▓▓▓▓▓▓ STATED SHE HAD A
DISPUTE WITH SEVERAL STUDENTS OVER A
PARTICULAR ROOM DESIGNATED FOR PARTICULAR
RELIGION AND HAVING A CERTAIN FLAG OUTSIDE
ROOM. SCHOOL OFFICIALS ARE AWARE OF THIS
ISSUE AND ARE FOLLOWING ALL POLICY AND
PROCEDURES PERTAINING TO THIS MATTER.

REPORT PREPARED BY: McCANN / SCHILL  4574
DIST/UNIT: 3
TOTAL PAGES: 1
PAGE NO.: 1