# Exhibit Cover Page

**EXHIBIT NUMBER** 4



1

الحزن إذا شئت سهلا

...illā mā ja'altahu sahlā wa anta taj'alu al-hazana idhā shi'ta sahlā.

# The QUIET Room

The Academy at Palumbo Muslim Student Association brings to you the Quiet Room. This room is a designated safe space for prayers, reflection and contemplation. The MSA requires all the users to keep in mind our guidelines when using the Quiet Room.

GUIDELINES:

1. Only use this room during your **lunch** or after **school hours until 3:30**.
2. Sign in and out of the room log. This log allows us to track who utilizes the room and will help ensure the space is respected.
3. Maintain a quiet environment at all times. This includes refraining from shouting, speaking with a loud voice, or playing music or videos on devices.
4. Before leaving, make sure you can place trash accordingly in order to keep the room tidy.
5. Do not sit on the prayer mats unless in use. If you finish praying and tidying up after yourself, please exit.
6. If you notice that someone is engaging in inappropriate actions, please bring it to an adult in a friendly fashion.
7. Do not use this room that we prayed in for eating purposes.
8. Please take your shoes before walking in. People place their head on the floor and wouldn't want dirt from your shoes on their floor.
9. If you see inappropriate conduct happening in the room, please report to the MSA. Whatever someone does to the room affects all of us!

FAILURE TO ABIDE BY THESE GUIDELINES WILL RESULT IN [illegible] ROOM AND MAY RESULT IN FURTHER [illegible]













