# Exhibit Cover Page

**EXHIBIT NUMBER** 5_____

# 6.  INVESTIGATOR'S REPORT

1

# Students in Counselor's Office

1. L▆▆▆ ▆▆▆▆▆▆▆▆ # ▆▆▆▆▆▆

2. R▆▆▆▆▆ ▆▆▆▆▆▆ # 8▆▆▆▆▆▆▆

3. A▆▆▆▆ ▆▆▆▆ # ▆▆▆▆▆▆▆

2

# Students in Prayer Room

1. Fa▮▮▮▮▮▮▮▮ # ▮▮▮▮▮▮▮

2. A▮▮▮▮▮ # 9▮▮▮▮▮▮

3. N▮▮▮▮▮▮▮▮ #▮▮▮▮▮▮

# Students who came into Quiet Room



1.

2.

3. J▮▮▮▮ ▮▮▮▮▮ #▮▮▮▮▮▮▮

4.

5.

6.

4

# Students in Library



1.
2.
3.
4.
5.
6.

5

## SIR 2024-225485 INVESTIGATION REPORT (75-49)

1.  **ORIGIN AND DETAILS OF COMPLAINT:**

    A.  On Thursday June 13, 2024, the Office of School Safety received an assignment to investigate a complaint of a "Hate Crime" at the Palumbo High School located 1100 Catharine Street. Further investigation revealed that no Hate Crime was committed. There was a disturbance at the school.

    B.  COMPLAINANT: Principal Kiana Thompson

    C.  REPORTED BY: Principal Kiana Thompson

    D.  SUBJECT: Students ▮▮▮▮▮▮▮▮▮▮▮▮ ~~John Gloster 2-6-59176~~

    E.  SIU INVESTIGATOR ASSIGNED: Steven Jefferson, Investigation Unit, Office of School Safety.

    F.  AGENCY INVESTIGATOR ASSIGNED: None

    G.  INCIDENT CONTROL NUMBER: 2024-225485

    H.  SUMMARY OF COMPLAINT:
        On Tuesday June 11, 2024, there was disturbance at Palumbo High School. At approximately 9:35 am, five (5) Jewish male students entered the Quiet Room/Prayer Room that were occupied by two (2) female Muslim's students. The Jewish male students allegedly were laughing at the female Muslims students, taking pictures of them without their hijabs on, making obscene gestures, tearing posters from the walls and speaking in Hebrew. The incident was reported to the Dean of Students Rashida Stamps.

2.  **INTERVIEWS:**

    A.  COMPLAINANT: On Tuesday June 25, 2024, Investigator Steven Jefferson, Office of School Safety interviewed Principal Kianna Thompson at Palumbo High School about an incident that happened at her school on June 11th. Principal Kianna Thompson stated the following: On Tuesday June

11, 2024, she received a
text from the Dean of Students Rashida Stamps stating that there was a
potential "Hate Crime" at the school and she was getting statements from the
students. When I met with Dean Stamps, she stated that four (4) male students
came into the Quiet Room/Prayer Room while two female Muslim's students
were in the room. The male students came into the room laughing, speaking in
Hebrew, making obscene gestures, tore down the prayers on the wall,
recorded the female students in the room and the Muslims prayers on the wall.
When I met with Dean Stamps, student ▇▇▇▇▇▇ was in her office
writing a statement about what happened. I then asked ▇▇▇ what was he
doing in the quite room and he said he was praying. After I spoke with ▇▇▇
he received a text message on his cell phone ▇▇▇ wrote on his statement
sheet " I don't know" on every line. I called then called ▇▇▇ parents to tell
them what had happened and they said they would bring ▇▇ to the school
on Thursday June 13, 2024, at 11:00 am. After I met with ▇▇ parents on
June 13th, the following week, I received an e-mail from ▇▇▇
▇▇▇▇ stating he had concerns of safety and anti-Semitism.

B.      Witness #1: On Tuesday June 11, 2024, student E▇▇ M▇▇ ▇▇▇
Palumbo High School provided a written statement and stated the following:
I was sitting in the prayer room with my face cover off because I felt like the
room was a safe space. A boy with a hat on walked in the room and I looked
at A▇▇ V▇ who was sitting in front of me and we started laughing. A second
boy by the name of ▇▇▇ came into the room. Then ▇▇▇▇▇ and
▇▇▇▇▇ came into the room. ▇▇▇ had a Jewish book and
talking Hebrew. The males were chanting " I am a proud Zionist."

C.      Witness #2: On Tuesday June 11, 2024, student A▇▇ V▇●▇▇
Palumbo High School provided a written statement and stated the following:
I was in the Quiet Room /Prayer Room with ▇▇▇ Then a male came into
the Quiet Room /Prayer Room without knocking. He grabs a chair and sit
down and gets on his cell phone. Then three (3) other males came into the
room. The first male that came into the room started saying something in
Hebrew. Before the first male came into the Quiet Room/Prayer Room,
there was a female talking to him outside of the Quiet Room/Prayer
Room. One of the boy's named ▇▇▇ was recording me. He also recorded the
prays on the wall. ▇▇▇ and another male tore down two prayers off the wall.
I told ▇▇▇ "Why are you recording me.... you are weid". A girl came into
the Quiet Room/Prayer Room, after everything was over and said there was a
video/picture of what the boys did to the Quiet Room/ Prayer Room.

. 3

D.     Witness #3: On Tuesday June 11, 2024, student ███████████████
Palumbo High School provided a written statement and stated the following:
On Tuesday June 11th a group four (4) boys and one (1) girl came into the
library. I was in the library with ███████████. We were already suspicious
on the 4 boys and one girl, because we had previously seen ███████████
███ and ███████ messing around and laughing outside the prayer
room. ██████ and ██ entered into the prayer room one at a time. Another
boy ████ and a girl ███████ waited outside. ██████ came out of the prayer room
was recording them inside the prayer room. ████ came out of the prayer room
at one point, laughing and doing something on his phone. When the boys went
into the prayer room they were loud and disruptive.

E     Witness #4: On Tuesday June 11, 2024, student ████████████
██████ Palumbo High School provided a written statement and stated the
following: On June 11th, I was with my friends in the library. Then a group of
boys and a girl walked in. The girl sat at a table in front of us and she stayed on
her phone most of the time. I think she was texting the boys because she was
looking at the boys and laughing with them. The boys kept looking at our table
and laughing at us. Then one of the boys sat in a chair to the left of us. Then
three (3) boys went into the pray room laughing. After the boys went into the
prayer room, I went in the prayer room and took the "Koran" because I though it
was the right thing to do in case they decide to do something in the pray room.
About 10 minutes later, the three boys left the prayer room and stood in the
corner in the library. Then they left the library. I then went into the prayer room
with my friends and asked the two female Muslim students who were in the
prayer room what happened. They said the three boys were taking down the
Muslim prayers that were on the wall. The two Muslims students said one of the
boys grinded on rug of the floor. Then they kept recording the room and
they recorded A████ V██ without her Hijab.

F.     Witness #5: On Tuesday June 11, 2024, student ████████████
Palumbo High School provided a written statement and stated the following:
On June 11th, it was 2nd period, I was in the library. Four (4) boys came into the
library and went into the prayer room with what seem to be with malicious
intent. The four (4) boys took down prayers from the prayer room wall, they did
handstands on the prayer mat, and they did a sexual insinuation on the prayer
mat. The four (4) boys also started recording a Muslim girl name A████ V██
who was in the prayer room without her hijab. Before the boys left the prayer
room they were chanting something in Hebrew. Ni███ M███████ witness the
chanting because she went into the pray room when the four (4) boys and one

4

(1) girl was in the room.

G.     Witness #6: On Tuesday June 11, 2024, student N███ M███████████
Palumbo High School provided a written statement and stated the following:
On Tuesday June 11th, I was in the library and I went to the bathroom around
9:20 am. When I came back and I saw five (5) guys inside the prayer room. I
asked them why were they in the prayer room. They responded in a harsh tone
" I have to right to be here". When I walked inside the prayer room the boys
were laughing and I saw the Muslim posters were taken down from the wall.
My friends told me what happened and what the boys did. They also told me
an unknown boy, I think his name is ███████ was grinding on the floor. As the
boys walked out of the prayer room they started to moaned/groan. They also
laughed at the Palestine Flag.

H.     Witness #7: On Tuesday June 11, 2024, student ████████████████
Palumbo High School provided a written statement and stated the following:
On Tuesday June 11th, a group of boys came into the library. Two of the boys
were recording on their cell phones. The boys went into the prayer room, they
started grinding on the prayer rug on the floor, they took down prays that was
on the wall. The boys kept saying "this is my religion". They started chanting
something in Hebrew.

I.     Witness #8: On Tuesday June 11·2024, student ███████████████
Palumbo High School provided a written statement and stated the following:
On June 11th, a group of boys and one girl came into the library. They were
recording students in the library on their cell phones. Then they went into the
prayer room and was recording for a few minutes. They then came out of the
prayer room and were laughing. They then went and stood in the corner in the
library for a few minutes. After that, the group of boys walked out and one
of them made a groaning sound before leaving. The girl in the group was
sitting at a table in the library.

J.     Witness #9 : On Thursday June 13, 2024, student ████████████████
███████████ Palumbo High School provided a written statement and stated the
following: On June 13th, I was helping with the graduation. I was standing in
front of the Counselor's Office when an unknown lady walked over to myself
and ████████████ and screamed in our face saying "What is your name", she
also pointed her finger in our face. Then lady's son came over and said "let's
go mom" we all walked in different directions. The lady was rude, out of
charter and nasty to us for no reason.

K.    Witness #10: On Thursday June 13, 2024, student ████████████
      Palumbo High School provided a written statement and stated the following:
      On June 13ᵗʰ, we were helping with the graduation and I left the Counselors'
      Office with ████████ and ████ We went to the auditorium then
      we walked back to the Counselor's Office. An unknown white lady came into
      the office and started pointing her fingers at us. We left the office and went to
      another office. ████ pulled me to the side and asked me if I said ████████
      and I said no because I didn't and ████ said OK.

L.    Witness #11: On Thursday June 13, 2024, student ████████████
      Palumbo High School provided a written Statement and stated the following :
      On June 13, I was helping with the graduation, I was walking out of the
      Counselor's Office when an unknown white lady with blonde, curly hair,
      wearing a white suite, walked up to me and asked me for my name. She was
      screaming in my face and pointing her finger in my face. ████ was standing
      next to me and she asked ████ for her name. The lady walked into the
      Counselor's Office looked around and a male walked up and said "come on
      mom". The male grabbed her hand to get her out of the office. I think the male
      was the former student from Saint Joe's who was "trespassing in the school".
      The lady was giving me a death stare. The lady said somebody said " f**k
      Israel". I did not hear anyone say " f**k Israel".

M.    Subject/Target: Student ████████████████ provided a written
      statement and stated the following: On June 11, 2024, I was called to come to
      the Deans Office to write a statement about what happened in the quiet
      room/prayer room. Dean Stamps asked me what I was doing in the prayer room
      and I told her "I was praying". On ████ statement sheet he wrote " I don't know
      on every line". Principal Thompson said she called his parents to tell them what
      happened and his parents said they would bring him to the school on ████████
      ████ at 11:00 am for a meeting. Principal Thompson also said that ████ father
      emailed her with concerns about ██████ safety at the school anti-Semitism.

N.    Subject/Target: Student ████████████, On June 11, 2024, after the
      incident happened in the quiet room/prayer room. ████████ was marked as
      having early dismissal, his mother had picked him up from school because he
      told her he was sick.

6

O.  Subject/Target: Student ███████ ███████, On June 11th, ███████ was
    involved in the quiet room/prayer room incident. Principal Thompson tried to get a
    statement from ███ but he was marked absent from his assigned class. Principal
    Thompson called ████'s father who told her he was out of town and ████'s mother
    would call her. Mrs. ████ called Principal Thompson and Principal Thompson
    told her told her ███ wasn't in the building and asked her if she could bring him
    to school in the morning which she agreed. ███ returned back to the school at
    around 2:30 pm. He said his parents told him to come back to the school. The
    Principal took ███ to the Deans Office.

P.  Subject/Target: Student ████████████ On June 11, 2024,
    ████████████ gave a written statement admitting to being in the library,
    then entering the quiet room later. It is not clear if ████████ was with the boys
    who entered the quiet room/prayer room.

Q.  Subject/Target: ████████████ On June 11th, ████████
    was one of the boys in the quiet room/ prayer room. ████████ attends a private
    school but he attended Palumbo in the 9th grade. I called his mother to tell her
    what allegedly happened at the school. ████████ mother was extremely
    apologetic and believed he was capable and even suggested that he was the ring
    leader.

R.  Subject/Target: ████████████ On June 11, 2024 ████████ is
    seen in the school video walking in the hallway with ████ J███, and ████
    ████ However, she went to Deann Stamps on her own to provide her
    account of what occurred in the library.

6

II

7

3.    **ACTION TAKEN:**

A.    Incident Control Number: 2024-225485
B.    Interviewed Principal Kianna Thompson
C.    Provided with witnesses statements
D.    Contacted witnesses by certified mail for an interview with negative results.
E.    Contacted suspects/targets by email and certified mail
F.    Photographs taken of quiet room/prayer room

4.    **REMARKS:**

Subjects/targets are being represented by Legal Counsel (Lori Marcus and Jerome Marcus). Legal Counsel is representing ███████████████

███████

The Instagram Account "Palumbo Positivity" is not Palumbo High School Instagram Account

See list of students who were in prayer room, list of students who came into quiet room, list of students who were in library and list of students who were in counselor's office.

5.    **ANALYSIS:**

A.

6.    **Conclusion:**

A.

12

8

Investigator Steven Jefferson
Investigation Unit, Office of School Safety

Interview of Principal Kiana Thompson

On Tuesday June 25, 2024, at 10:58 am, Investigator Steven Jefferson interviewed Principal Kiana Thompson of Palumbo High School about the incident that happened on June 11, 2024.

Q. Principal Thompson, can you tell me what happened ?

A. On June 11th, I got a text from the Dean of Students Rashida Stamps about a hate crime. I told her I'll will see her around 11:00 am. Students/witnesses who were in the library wrote statements about what happened. Ms. Stamps said four (4) male students came into the Quiet Room/Prayer Room and were laughing in the room. They were doing hand stands and obscene gestures on the rug. She also said former student ████████████████ was one of the students. They were pulling posters off the wall. One of the female students who was in the Quiet Room did not have her Hijab on her head. Dean Stamps said there were four male students and one female student involved in the incident. The female student ██████████ told Dean Stamps the male students were in the Quiet Room and what they did when they were in the Quiet Room. The same day, on June 11th, Dean Stamps contacted the Department of Students Rights and Responsibility and spoke with Karly Pulcinella. When I met with Dean Stamps, ████████████████ was in her office writing a statement about what happened. I asked ██████ what was he doing in the Quiet Room and he said "he was praying". ██████ continued to write his statement about what happened and he wrote on every line on the statement sheet " I don't know". Dean Stamps attempted to get a statement from student ██████████ but he was marked for early dismissal. His mother picked him up from school because he said he was sick. On Wednesday June 12th, I called ██████ ther and ██████ wrote a statement that said "I don't know anything". Dean Stamps tried to contact ███████████ who was in the Quiet Room. ████ was marked absent from his class. I contacted his parents and told them that ████ had left the school and ████ showed up at the school around 2:30 pm., I asked ████ to write a statement about what happened. His statement omitted the name of student ████████████ who was a former student and he was trespassing at the school. On June 12th I met with ██████ and ███████████ about the incident that

14

happened on June 11th. ▊▊ admitted to being in the Quiet Room but did not admit to doing anything. I asked ▊▊ if there were any examples of harassment or anti-Semitism that he personally experienced or has anyone ever made him feel unsafe at this school and he said no. When I asked him about feeling unsafe, he said it was a vibe or a feeling that he had. ▊▊▊ was another one of the boys mentioned in the Quiet Room. He gave a written statement admitting to being in the library, then entering the Quiet Room. It is not clear if he was with the other boys in the Quiet Room.

▊▊▊ ather was called on Wednesday 6- 12- 24, he agreed to meet with me at the school on Thursday Xxxxxx at 11:00 am. Former student ▊▊▊ mothe▊ was called on Wednesday 6-12-24. I never received a retuned phone call from her. ▊▊ attends private school, he attended Palumbo in the 9th grade. On Wednesday June12th, I got an email from▊▊ that there was a hate crime at my school in the library and I wasn't doing nothing about it. About an hour later, I got several emails from ▊▊ Hiester's mother ▊▊▊ about an Instagram posting on "Palumbo Positivity" (an Instagram Account that is not part of Palumbo School) that Palumbo Muslim Students were having a walkout at 9:30 am. On the post, they included the names of ▊▊▊ ▊▊▊ ▊▊▊. I then made school notifications and contacted my Assistant Superintendent. I was told to suspend the three kids (▊▊, ▊▊ and ▊▊. On Thursday June 13th, the walkout was called off. On Thursday June 13th, at 11:00 am, I had a meeting scheduled with the ▊▊▊ The families of ▊▊▊ ohn and ▊▊▊ showed up and wanted me to meet with them at the same time. I told then I would only meet with the family which I had the appointment with and I was not meeting with the whole group without my Assistant Superintendent being present. The School Safety Officer had to get involved and asked the parents to leave the school. On Thursday June 13th when ▊▊▊ was at the school, she walked up to the school Counselor's Office and accused three (3) students of saying "f**k Israel". I agreed to meet with the ▊▊▊ on June 13th but I did not agree to meet with the ▊▊▊ ▊▊▊ s. I felt like the ▊▊▊ ▊▊▊'s were teaming up on me. I then asked them to leave the school building. The ▊▊▊ and ▊▊▊'s called the police but no police report was filed. Later that same day, on Thursday 6-13-24, I received an email from ▊▊▊ nother demanding an apology because of what was written in the Instagram Post on "Palumbo Positivity". The names of the students who cause a disturbance in the Quiet Room went public.

15

Q. Is there anything else you want to add to this interview?

A. No.


Signature: _____

In attendance at interview: _____

Interview conducted by: _____

Interview witness by: _____


16

Student ███████████

███████████████████████████

Parent: ███████████████
Phone # ███████████████
Email: J███████████████
Addres: ███████████████

Incident began around 8:25 am on June 11, 2024

Knowing the summertime season was just around the corner and school was almost out, I thought it would be nice to stop by Palumbo, the school I attended last year, and give a quick hello to my fellow classmates. I was walking in the street with my friend, ~~████████~~, so as he entered the school, I walked in with him. Upon entering the building, I walked through the main entrance, passing multiple school affiliated security guards, the Dean of Student Conduct, as well as the school's principal, Ms Thompson. At that time, I also passed through the school's security system and placed my backpack on the x-ray machine belt.

After going through security, I went to the 5th floor to see if anybody I'm friends with was hanging out in the lunch room. I also visited the computer lab where I bumped into ███████ ████████ I spoke with them briefly and walked with them towards the library on the 4th floor. While in the library, I saw the quiet room and went inside. There was a Palestinian flag on the door and religious paraphernalia throughout the room. Since the room had no visible signs indicating limited access according to religion or gender, I quietly said a quick prayer in Hebrew. At that moment, two of the three female students began hysterically laughing, while looking at me. In response, I courteously asked the women "What's so funny?" They continued laughing and looking at me so I asked them again "what is so funny?". One of the three women responded "everything is funny." I asked her "how is me exercising my First Amendment Right funny to you?" and she responded "Why are you guys even in here". My response to that was "I am a proud Zionist. Am Yisroel Chai" and did a 3-second imitation of dancing the Hora, an Israeli dance.

I then exited the room, used the bathroom on the fourth floor and then left the building. (For those who are unaware of my comment, Zionism is "the development and protection of a Jewish nation in what is now Israel, considering the current conflict between Israel and Palestine).

Later that day, when I arrived home, my mother stated that she received a call from the principal of Palumbo, who had accused me of sneaking into the building through a back door before proceeding to the quiet room, where I then "trashed the room, made derogatory comments towards the female muslim students and "humped the floor" before leaving. I told my mother that absolutely none of that was true and one of my friends videotaped the entire time I spent in the quiet room and had proof that Ms Thompson was being untruthful.

17

Since this occurrence, there have been many false statements on multiple social media platforms accusing us of committing the crimes that Ms Thompson accused me of earlier to my mother. The majority of the hate statements made about me and my three friends were written on the Palumbo.Positivity page. Other comments stated that I tore the head scarf off of one of the girls present in the quiet room, ripped down pro-palestinian posters, that I announced that "I'm a Zionist and hate Muslims" and committed numerous other hate crimes. My name and Instagram account, along with the accounts of ███████ ████████ have been plastered all over social media, calling students to "F**k Them Up".

After reading the comments throughout the day on Wednesday and learning that ████ received a message, threatening the lives of me, ███████ and ██ my mother called the police and we made a police report.

Since the hate towards me was escalating so rapidly on multiple social media platforms, my mother reached out to the other parents to express her concerns. When she learned that ████ and his parents had a meeting scheduled with Ms. Thompson on Thursday morning, she asked to join them, which they agreed to.

This morning, we all met at my house and walked together to The Academy at Palumbo. After entering the building, while waiting for the parents to sign in, we began getting verbally abused by students present in the lobby. ███████ stated "All of you should be in prison right now" while ███████ yelled "Death to Israel". My mother became visibly upset and asked the women standing there, all school employees wearing head scarves, why they're allowing these girls to spew hateful statements at me and my friends. All 3 women stated they were too focused on my mother to hear anything around them". Ms Thompson then came to the lobby where we were all waiting and began telling us that she wouldn't meet with us without the presence of the superintendent. Ms Thompson stated that the police were called to the school earlier in the morning so the students of Palumbo could make their own statements. When my mother insisted that she and the superintendent make time to meet today due to the amount of hate and threatening comments that the students were making on social media, Ms. Thompson rolled her eyes, tilted her head and said "Well, there's multiple sides to that story". She then told us to leave immediately and that she needed to prepare for graduation. We all left the building and ultimately decided to make a formal complaint against Ms. Thompson and the school due to the complete disregard for my safety and the safety of ██████.

Statement from ████████████████ mother:
I received a call from Ms Thompson on Tuesday, June 11, 2024 at 3:07pm. After she introduced herself, she stated that she'd received multiple complaints about my son, ███████████ from girls present in a room at school that she referred to as "the quiet room". She said that ████████ made multiple hateful statements regarding Muslims, had torn apart the quiet room and was seen making humping, sexual gestures on the room's floor. I asked Ms Thompson how ████████ was able to even enter the school, and she responded that ██████████ and multiple other boys opened up a back or side door and snuck ████████ into the building". I was completely shocked by the accusations made by Ms. Thompson and I repeatedly told her that "I had absolutely no words to respond", that I was stunned that ████ would have done these things and then repeated back to her what she had stated that ████ did. I reassured her that I would speak to ████ and get back to her to discuss next steps. She then told me to call her

18

on her cell phone and gave me that number, which I wrote down. I spoke with ███████ when he arrived home, approx. 4:00pm, and he told me that everything Ms. Thompson claimed was 100% false and he could prove it with a video. I asked him to get me a copy of the video and we agreed to call Ms. Thompson together the following day. However, on Wednesday, ███████ was alerted that threatening messages, along with his name, Instagram profile and the name of his school, were being shared over and over on social media, along with the names and profiles of his friends that he was with in the quiet room.

My daughter, ███████, then received a message from a girl she went to school with last year (GAMP), ███████ asking what's happening with her brother ███████ and stating that she'd heard that ███████ ripped the head scarf off of a Muslim girl and that he'd trashed the Muslim prayer room at Palumbo. The threatening and deragatory posts about ███████ and his friends escalated throughout the day, to the point where I felt that we needed to get the police involved. I reached out to ███████'s mom, who contacted ███████ parents and we discussed our concerns that neither Ms. Thompson, nor the school administration, were trying to diffuse the situation. I then contacted the police and made a report.

I also learned that the 3 boys ███████ spoke to while at the school had been suspended for sneaking ███████ into the school and walking with him in the halls. I then knew that I needed to speak with Ms. Thompson immediately, in fear that she if she didn't get involved, ███████ and the boys would be physically attacked by the students of Palumbo and their reputations would be tarnished.

I also had the opportunity to watch the video that was recorded while ███████ was in the quiet room. The video shows the few sentences exchanged between ███████ and the girls in the room, ███████ doing a quick dance and handstand (known as the Hora - an Israeli dance) and the boys gathering their belongings and heading to the door to leave. There was no physical altercation, no "humping" on the floor and nothing in the room or on the walls was disturbed in any way. It was obvious to me at that point that Ms. Thompson had not investigated the statements the girls had made against ███████ before she called me on Tuesday afternoon to inform me of their accusations. I'd also learned that ███████ entered the school through the front door and had his backpack scanned through the security machine - unlike Ms. Thompson's statement that he'd been snuck into the building through a side entrance by ███████.

This morning, we joined the other boy's parents and walked to the Academy of Palumbo. While waiting to sign in, a girl wearing a headscarf came over to where we were standing and announced "All of you guys should be in prison". Another girl then yelled out "Death to Israel". I immediately turned to the women standing with us, who were all wearing headscarves and all worked at the school, and asked why they were allowing these girls to yell such disgusting things at my son and his friends. They all stated that they didn't hear whet the girls said because they were too busy with me and the other parents. Ms. Thompson then arrived, and immediately told us to leave and that she only had a meeting with ███████ and his parents and that she would not meet with us, especially without the presence of the Assistant Superintendent. She stated that she had no time for us, that she needed to prepare for graduation, that the Assistant Superintendent was at another graduation and we needed to leave immediately. I explained that the boys were receiving threats and that I was scared for their safety. Ms Thompson responded with a laugh and in a condescending tone said "Well, there's multiple sides to that story". Since ███████ mother had sent Ms. Thompson screenshots of some of the threats made

towards the boys, I didn't understand what she meant - this wasn't a "version" of a story - there were multiple calls to physically harm ███████ and the other boys" but she was absolutely not concerned for their safety. At that point, I felt that Ms. Thompson believed the lies that the girls had made up against ███████ and his friends and that she was in no way interested in helping us. We then left the building and as we began walking back to my house, we spotted the police, who told us that a police report had been made earlier that morning by the school and gave us the police report number. Another gentleman, Thomas Terry, came over to our group and recommended that we go to the SDP main building and make an incident report.

20

Student: ████████████
Student ID ████████████
DOB: ██/██/2007
Address: ████████████████████
School name: Academy at Palumbo
Grade: 10th (Class of 2026)

Parents: Kathryn Hiester and Christopher Hiester
Phone ████████████████████
Email: ████████████████████
Address: ████████████ Philadelphia, PA 19104

Email for this to go to: gkcrayton@philasd.org

.This incident began around 8:25am on Tuesday, June 11, 2024. Around 8:25am, I entered Academy at Palumbo through the main entrance located closest to 11th and Catharine streets. I scanned my ID card which I do every morning. I put my backpack into the backpack scanner and I walked through the metal detector, right in front of the security, with no issues. I do these things every morning that I come into school. Around this same time, ████████ ████████ also entered Academy at Palumbo. He entered through the main entrance at 11th and Catharine streets. He also put his backpack through the backpack scanner and walked through the metal detector, right in front of the security, with no issues. I walked up the stairs to the third floor to visit my first period Spanish class. I entered the room and obtained a note from my teacher saying I was allowed to leave her classroom and go to another classroom. I took this note up the classroom which we wanted to visit. This classroom was the computer lab on the fifth floor. Upon entering the computer lab, I encountered ████████████████ and ████████████ We spent some time in this classroom using our cell phones, talking to each other, and socializing.

After some time had passed we decided to visit the library. We were granted permission to leave the classroom by the teacher. We exited the computer lab and walked down to the library which is located on the fourth floor. Inside the library, there is a "quiet room" which is supposed to be a "sacred room" for ALL students to be able to pray or just enjoy the quiet. However this room has been taken over by the Muslim students. They decorated three of the four walls with artwork and posters and a palestinian flag on the door. As we entered the library, I noticed that the door to the quiet room was open. I have never seen this door open in my two years at the school. ████████████ entered the quiet room as soon as we entered the library. ████████████ was the second student to enter the room. I did not immediately enter the room. I sat down at an open table in the library. About one to two minutes later I got up from the table I was sitting at and I walked over to the quiet room. I am not 100% sure what happened before I entered the room, but others have told me that ████████ and ████████ were praying and speaking in Hebrew as they are both Jewish. This should not have been a problem because the quiet room should be open to all students to pray and express their religion. ████████ also stated that he is a Zionist. This should not be an issue because he has the right to free speech. ████████████ were laughed at and made fun of by the female students inside the room.

21

They calmly and politely asked the students if something they did was funny. This was a very reasonable thing to say in the situation. Shortly after this, I entered the room and sat down in a chair near my friends who were already inside the room. When I entered the room there were a few female students sitting around a table. I do not know the names of these students. After I entered the room, I sat down in a chair and began using my cell phone. My friends who were inside the room were sitting in chairs, using their cell phones and talking quietly. About three minutes later, all of my friends and I stood up and left the room. We exited the quiet room and exited the library. We walked down the hallway to the fourth floor boys bathroom where we went inside. I used the bathroom and washed my hands. I exited the bathroom and we walked to the stairs. We used the stairs to walk to the fifth floor where we returned to the computer lab. Shortly after arriving to the computer lab, we were informed by other students that people were talking about ███████'s presence. Multiple students were talking about ███████ presence and teachers/school officials began looking for him.

    Upon receiving this information, ███████ went down to the first floor and exited the building through the 12th and Catharine Street door. Shortly after ███████ left the building, I also went to the first floor and left through the same door which is located closest to 12th and Catharine streets. I went north on 12th street and met up with ███████ near 12th and Fitzwater Street. We walked to his house where we went inside. We prepared ourselves a snack that consisted of bagels and juice. As we were inside ███████ house eating and talking, I received 11 different phone calls from a student named Adam B███████ a student who previously attacked me in my first year at Palumbo. We finally answered the phone on one of these calls and he asked us where we were. We told him that we left the school building and we did not intend to return at any point that day. He told us to come back as he had "unfinished business" and he wanted to initiate a physical altercation with us. He said if we did not return to the school, he would come to our homes. After he said that, we hung up the phone. We took the threat seriously and made sure to remember it. I also received multiple texts, calls, and facetime calls from other students in the school. Multiple of these students are known to be close to A███████

    I took an Uber from ███████ house to my house while ███████ rode his bicycle there. After arriving at my house I quickly went inside to get my bicycle. We took our bicycles out for a bike ride along the Schuylkill River trail. As I was out on this bike ride, the principal of my school contacted my parents asking where I was. She notified them that I left the school early without permission. My father called me to share this information with me and he asked me to return to school immediately. I obeyed his request and got myself to school as quickly as possible. I arrived back at the school at around 2:30PM and entered through the main entrance located closest to 11th and Catharine Streets. I scanned my ID and then a female school security officer asked me where I was and that they have been looking for me. I told her that I left the school building early. She escorted me into the main office where I was told to wait for the principal. I waited there and while I was waiting, my algebra teacher, Ms. Jasmine Billips entered the room and I had a brief conversation with her. She told me that this is not like my character to be leaving early and supposedly misbehaving. She told me not to worry and that everything will be sorted out eventually. This conversation helped me worry a little bit less about the situation. Shortly after this conversation, the principal came into the room to escort me to the dean's office. The dean handed me an incident form which I dutifully filled out and returned to her. She told me to have a nice day and I thanked her.

I went downstairs to the first floor bathroom. As I walked in, I noticed A▮▮▮ ▮▮▮▮▮▮▮ I and a few of his friends including ▮▮▮▮▮▮▮▮▮▮▮▮▮. Most of these students are in ninth grade. A▮▮▮ and ▮▮▮▮▮▮ were the only other 10th grade students in the bathroom. I used the bathroom and washed my hands with no issues. While I was drying my hands, A▮▮▮ began to ask me questions. He asked me why my friends and I supposedly "trashed the prayer room" and he asked where my friends were as well. I told A▮▮▮ that none of my friends were still at or nearby the school. He wanted them to come back and fight with him. I can tell A▮▮▮ had no good intentions and he only wanted to engage in physical altercations with my friends. I left the bathroom and exited the school around 3:04 PM which is when students are permitted to leave the building for the day. I saw A▮▮▮ and multiple other people gathered on the southwest corner of 12th and Catharine streets when I left the building. After seeing that, I decided it was best for my safety if I took an alternative route home. I walked to 11th and Catharine Streets and walked up 11th Street to 11th and Lombard streets. I waited for the 40 bus and rode that to my house. I stayed inside my house for the rest of the day and night.

On Wednesday, June 12, 2024, my mother drove me to school and I arrived some time around 8:10AM. I went through the usual morning routine of scanning my ID card, putting my backpack through the scanner, and walking through the metal detector. As I was walking up the stairs, a male school security officer asked me if I met with the dean because they had been looking for me. I told him that I met with the dean and the principal and he said Ok. I kept walking up the stairs to my advisory on the fifth floor. I went to advisory and first period with no issues. I knew that my mother had a meeting scheduled for 9:30AM with the principal. I went to my second period class but at 9:45AM I was called down to the first floor conference room to join the meeting with the principal, the dean, and my mother. I entered the conference room sat down at the table. During this meeting, we reviewed the incident form which I had filled out on 6/11/2024. I told the principal and the dean about the threats that were going on and they seemed to not care about them to much. They were more focused on asking me questions than about hearing my safety concerns. They asked me why I wanted to enter the quiet room and they asked me why I chose to enter during "girls time" and not during "boys time". We were not aware that boys and girls use the room at separate times. Furthermore the Palumbo Muslim Students Association has an Instagram post displaying both boys and girls in the room at the same time. I also apoligized for my actions of leaving school early and causing her to worry about this ongoing situation. After this meeting, the principal and the dean gave me the opportunity to go home with my mother. I agreed that this would be a good idea and I went home with her. The principal and dean stated that they didn't want any more drama and it would probably be best if I went home. I left school with my mother and drove home.

The rest of the afternoon was full of cyberbullying, dangerous threats and false accusations. Our names were posted on social media with false accusations saying we "trashed the room" and "committed hate crimes" and "harassed people". These things were being posted by the following Instagram accounts: "palumbo.positivity" and many other students' accounts that can be named if needed. One student named E▮▮▮ whose Instagram account is "r▮▮▮▮withanr" even posted our social media profiles with a text box that says "fuck em up". I have over 100 screenshots of things that were posted on Instagram.

23



I spent the rest of the morning and afternoon with my mother and my brother. At 8:30PM I participated in a phone call with ▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮ Additionally, my father was on the call. ▮▮▮▮▮▮▮▮▮ and I all had at least one parent with us on this phone call. At 9:40PM my mother and I drove to the ▮▮▮▮ family home to discuss the issue together and we made a police report later that night. While I was at the ▮▮▮▮ family home, my mother was notified that I have been wrongfully suspended for "violating the code of conduct's rule of unauthorized entry into school property as they willingly walked around the building with ▮▮▮▮ knowing he was not a Palumbo student." They told my parents to keep me home for the next two days (Thursday and Friday) as there is still an ongoing investigation. This suspension is invalid because the Philadelphia School District's Code of Conduct states: "Students who gain entry to a school building at an unauthorized time, including during suspension. This also includes students who allow themselves or other community members into a school building not via the main entrance." All of the people involved in this "incident" entered the building through the main entrance located closest to 11th and Catharine streets. We made one police report together for the ▮▮▮▮ the Hiester family and the ▮▮▮▮. This report included that we have been receiving cyberbullying and dangerous threats.

On Thursday, June 13, 2024, all of us involved in the situation and some of our family members met up at the ▮▮▮▮ home before walking to the Academy at Palumbo. ▮▮▮▮ and his father had a meeting scheduled for 11AM with principal. We entered the school building we were immediately harassed by multiple students. These students said things like, "You guys should be in jail" and "Fuck Israel". The school security officers who were there in the morning were disrespectful and unhelpful. They claimed that they "didn't hear" the horrible comments students were making to us. The principal walked into the entrance area where we were standing and refused to meet with all of us as a whole. She said she would only meet with the ▮▮▮▮ family who had an appointment or she would meet with nobody, ▮▮▮▮ father made it very clear that we did not want to be divided and that we wanted to participate in this meeting together, with everyone present. The principal denied this request and ignored our concerns for our safety. We expressed our concerns about harassment, threats and hate crimes directed to us. She made an obnoxious facial expression and continued to deny our request to have a meeting. The school security team then asked some of us to leave the building. As we were standing outside, multiple units from the Philadelphia Police Department had arrived. We spoke to the police officers about the situation and we showed them the threats that have been made to us online. We also spoke to Lt. Thomas Terry who is the area manager for the office of security. He suggested that we visit the FACE office in the Philadelphia School District and that is where I am now writing this statement.

I am Kathryn Hiester, mother of Palumbo sophomore J▮▮▮ Hiester who has a 4.0 GPA and no prior disciplinary issues. I am very concerned about my son's safety at Palumbo due to the hostility in the school environment from fellow students and administrators.

I've spoken to the Principal and Dean this week about this incident on 6/11/24, where my son was falsely accused of things he did not do, then subsequently suspended prior to a proper

investigation taking place and with no official paperwork. The principal and dean said that my son's incident report doesn't match what the alleged victims wrote. The video demonstrates that my son is being truthful in his statements even though the principal and dean clearly demonstrate they are believing the Muslim students who are accusing them.

The principal made a strange comment about how my son "would do anything to keep his friendship with ████████████ and said she "doesn't know what the relationship is" inferring that there is more than a friendship between my son and ████ She made a strange face when she said this. I told her ████ is J███ █ best friend. When the Principal asked ██ ██ why he had walked into the quiet room, but it is his right to enter the quiet room. She seemed to indicate that J██ was wrong to enter a space that is supposed to be for all students and that does not have a posted schedule. The Dean wanted to know why my son did not answer repeated phone calls from A███ B████████ who has attacked and threatened my son in the past and also presently. Why would the Dean involve this student in this matter, I do not know.

This quiet room has three walls, all of which have Muslim images and Arabic writing. There are no other religions or philosophies represented in this room. My son's friends are Jewish and also non-religious and we are Christian. The school's heavy bias toward the Muslim religion is also evident in decorations that are displayed for Muslim holidays but not for other religions.

I feel the school should be a safe and welcoming place of learning for all students of all backgrounds. The Principal and Dean have been not taken seriously the repeated safety concerns my son has communicated about being harassed, physically attacked, cyberbullied and threatened via Instagram, text and phone calls. A group of parents attempted to join an appointment that was already scheduled to address the online threats being made by Palumbo students on social media. The principal refused and had a security officer ask us to leave the school.

I would like to have this matter investigated. Thank you.

25



**Concern:**

During the day of June 11th is the day my grade book closed. When I went to my second period class, which is my AP computer science class, I saw my friends in the room and got permission to leave the room. We went to the library and we noticed that the prayer room door was open and we wanted to go in because we were curious to see inside and to say a prayer and sing a song. We looked inside and there was no one praying so we sat down. My friend ▮▮▮▮▮ starts to say prayers in Hebrew because he is Jewish like me. There aren't many Jewish students in my school so I was happy. There were 3 girls sitting and using their computers and phones on the other side at a table. When my friend said a prayer the girls started to laugh. My friend asked what is so funny? He said I love religion and I am praying because I am jewish and a zionist. I start to sing am Israel Chai and my friend gets up and does a small dance and does a handstand. This is a song that connects us to the Holy land and we like to dance to it. As I was looking around the room I saw only Arabic signs around the room, nothing in Hebrew and nothing from the bible or any other religion. I took a video of the room because I wanted to show my parents that the room was not inclusive of other religions and I thought it would be more fair that other religions would be included. None of the walls had anything for Jewish, christian, or any other religion I only saw things for muslim religion. My other friends sat in the prayer room with a book. Then we left the prayer room, we went to the bathroom and then headed up back to the class we were in. Then in a little bit both ▮▮▮▮▮ nd ▮▮▮ left the room, Me and ▮▮▮ were in the computer science room and then some students Adam and ▮▮▮ and some of their friends surrounded me and ▮▮▮ and intimidated us and were unhappy that we used the prayer room. Adam kept saying to me to call ▮▮▮ ▮▮▮▮ and saying if I don't get him to come back he is going to go to ▮▮▮'s house. I felt very uncomfortable and the environment was hostile. I texted my mom that I do not feel safe in the school and I need her to pick me up immediately. The dean called me to her room and to write an incident report. I didn't know what she was referring to and she replied you tell me. Then she said it doesn't matter because we have cameras there anyway. My mom picked me up from school but I was scared to leave the room so my mom asked if she could come get me because I was afraid she was denied. I eventually left the room and met my mom in the office. After I left the school, ▮▮▮ was telling me about more threats that Adam was making and my dad emailed the school due to all the threats being made. He was not comfortable for me to return to school wednesday. On wednesday students on social media were making false allegations about us and people were posting threats and

texting my friends threats. These threats included to jump us and even death threats. Prior to this incident I wasn't feeling safe in our school because I am a Jewish student and around the school there is only one agenda being posted and it is a pro palestine agenda. In teachers' rooms and in the hallways there are Palestinian flags and no Israeli flags. I have received threats and felt discriminated against for students in the school. I do not feel safe being in my school with all the threats being made.

Parent concern: My children have been complaining to me of anti-semitism in Palumbo school for a long time and that they do not feel safe given the hostility towards Israel and Jewish people that are pro-Israel. There are Palestinian flags everywhere and it appears that there is a push of one religion and one agenda. As an example, the school has mass prayers for Ramadon in the roofdeck and signs of Happy Ramadan but does not have anything for Hanukkah, Christmas or any other religion. My son had a student named █████████ threaten to kill him when he found out he was Jewish. ██████ also shows off signs that he loves Hamas in school. The security guards are also very hostile towards Jews and favor kids of one religion. When kids say anti-semtic statements the guards pretend they didn't hear it. I started to email principal about anti semitic issues in the school and there should be more equal representation. I mentioned having Israel flags near Palestinian flags but I didn't hear back yet.

# 5.  PRINCIPAL'S SUMMARY



The School District of Philadelphia

Academy at Palumbo High School
1100 Catharine Street
Philadelphia, PA 19147
T-215-400-8130    F-215-400-8131
Ms. Kiana L. Thompson, Principal    Ms. Charmelia D. Bond, Assistant Principal
*Griffin Pride: Nothing Less Than Success!*

**Here is a summary of the alleged incident on 6/11/24 and where we are in the investigation:**

6/11/24 - 10:00 AM - I received a text from Dean, Rashida Stamps stating that there was a potential "hate crime" situation and she was getting statements. I met her in her office around 11:30 and the statements were shared with me:

The statements claimed that 4-5 boys entered the Quiet Room (Prayer Room) and were laughing at the girls in there, taking pictures of them without their hijabs on, making obscene gestures in the prayer rugs tearing posters from the walls and moaning. There were two girls in the room, and one returned from the restroom during the incident.

The male students were identified, and it was discovered that one of them is a student who attended Palumbo in 9th grade, but now attends private school. Dean Stamps called ███████████████ to write his statement. When she called for him, she was told his mother was here for an early dismissal. She told him to come to her office before leaving. Stamps asked him what he was doing in the prayer room, and he responded, "I was praying." He then got a text, and wrote *I don't know* on every line on the statement sheet. I called his parents to tell them what happened and they said they could bring him in on Thursday at 11:00 AM. Last week Dad has emailed we with concerns of safety and anti-semitism, which I will copy the email into this document. Some of our conversation shifted to that email, which in my personal opinion lends context to this incident.

Stamps attempted to get ███████████████ to give his statement, but he was marked as having an early dismissal. We called the secretary and asked if someone picked him up, and she said yes, his mom had picked him up because he said he was sick. However, he was marked absent from most of his classes prior to that.

████ ██████ ████████ was looked up next. He was also marked absent from his assigned class. I called his father, who said he was out of town, and would call mom. Mrs. ██████ called me right back and I told her ████ wasn't in the building, and asked her if she could bring him to school in the morning, to which she agreed. ████ showed back up around 2:30. He said his parents told him to come back to school. I took him to the Dean's office to write his statement.

███████████████ gave a written statement admitting to being in the library, then entering the quiet room later. It's not clear yet if he was with them the entire time.

29

██████████████ attends private school, but attended Palumbo in 9th grade. I called his mother to tell her what allegedly happened. His mother was extremely apologetic and believed he was capable, and even suggested that he was the ring leader.

██████████████ is seen in the video walking in the hall with ████ ████ ████ and ██████ However, she went to Ms. Stamps on her own to provide her account of what occurred in the library.



30



6/12/24 - 9:30 AM - Ms. Stamps and I met with ████ and Mrs. ████ to explain the allegations in detail, which ████ admitted to being there, but did not admit to the behaviors. We reiterated the seriousness of the claims and told them that we were still investigating and would reach out after we were able to come to a conclusion. We also asked ████ if there were any examples of harassment or anti-semitism that he personally experienced or heard about in school that made him feel unsafe or uncomfortable prior to this library incident. We asked him more than once, and his answer was no, except for his classmate, A████ writing "I love Hamas" on a whiteboard and taking a picture with it.

10:30 - I called ████ father because he was gone yesterday, and he wasn't in school today. His father said he was at the doctor. I explained the situation to him and told him I may need him to come in for a meeting.

1:20 PM - Ms. Stamps texted me to say ████ showed up and was in her office writing his statement. She then said he wanted to talk to me. I was in the counselor's office, so he came down and handed me a statement that said *I don't know anything* on every line. I asked him why he was giving me this because it didn't say anything. He then started with a bunch of doubletalk about how he didn't do anything. I stopped him and

told him that we were still investigating and he'd better hope it's not discovered that he's lying.





9:00 PM - I received an email from Mrs. Heister informing me that students are posting threats to students who were implicated in the incident, as well as contacting ▮▮▮▮ sister who goes to Central. They are also planning a walkout at Hawthorne Park at 9:30 AM. At this time I reached out to AS Gordon and Lieutenant Terry. AS Gordon instructed me to suspend the students for unlawful entry into a school building for letting ▮▮▮▮ in, and to prepare this summary.



34








**For context: Email thread between myself and ▓▓▓ Xxxxx last week. Also, the day this incident occurred was our school's Diversity Day (start from the bottom):**

On Wednesday, June 12, 2024 at 11:17:34 AM EDT, Kiana Thompson <klthompson@philasd.org> wrote:

Yes, I will excuse his absence for today.

On Tue, Jun 11, 2024 at 9:42 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

35

Hi Ms. Thompson,

Thank you for your prompt response and understanding regarding our concerns about the video in ███████████ class. We appreciate her willingness to address the issue and remove the song from the curriculum.

Regarding the flag policy, we understand the distinction between individual student expression and institutional representation. While the policy allows for students to wear flags as symbols of solidarity, we're concerned about the impact of the school's widespread display of flags and signs in the hallways, classrooms, and on doors. This institutional representation is creating a sense of exclusion and discomfort among certain students. It's essential to ensure that the school environment fosters inclusion and representation for all students, regardless of their background or nationality. Our children perceive the widespread display of flags in the school as reflective of the institution's policy and position, and it's important to address this perception to avoid any misunderstanding or discomfort among the students. If Palestinian flags are allowed to be posted in the school's hallways and classrooms, we believe it would be fair and inclusive to also allow the posting of Israeli flags, American flags and any other flags to represent diverse perspectives.

As for the incident concerning ██████ we will come in Thursday at 11 am. He did express feeling unsafe due to a threat made, which is why we've decided it would be best for him to stay home tomorrow. Could you please excuse his absence for tomorrow? We intend to come in on Thursday to discuss the incident further and address any safety concerns moving forward.

Thank you for your understanding and cooperation.

Kind regards,

███████████

On Tuesday, June 11, 2024 at 01:26:53 PM EDT, Kiana Thompson <klthompson@philasd.org> wrote:

--------- Forwarded message ---------
From: **Kiana Thompson** <klthompson@philasd.org>
Date: Fri, Jun 7, 2024 at 1:05 PM

Subject: Re: [EXTERNAL SENDER] Report: Parental Concern Regarding My Child's Safety in Palumbo High School

Good afternoon,

I have had the opportunity to speak to Ms. Xxxxpkix regarding your concern. The video shown was from a song written around 2013, and was part of her Musico series each Wednesday where she exposed students to Latinx artists and the write reflections on the songs and the videos. She also allows students to suggest songs to be included in the series. This particular song was a suggestion from last year, which was the first time she used it after screening it for appropriateness. I had the opportunity to review the lyrics and the video and the song speaks out against oppression of all people, and names many different countries and different colonizers. I don't think anything in the lyrics suggest discrimination or hate speech. I have included the lyrics and video for you to review for yourself, but [redacted] is going to remove the song from the list knowing that it made someone uncomfortable as that was not her intention. https://lyricstranslate.com/en/somos-sur-we-are-south.html

I have reached out to the district to see what the official policy was on wearing/displaying flags in school. This was the response I received:
*If I understand you correctly, any student who wants to display their solidarity with a particular culture or group is permitted to do so barring their display doesn't fall into the category of hate speech or the para doesn't include a symbol already deemed as "hateful" or discriminatory. A flag, as I understand it, does not fall into the problematic category. As such, it would seem permissible for a student to wear a flag as a symbol of their solidarity.*

You mentioned your son having to "watch his back". What exactly does that mean? Has he been threatened in any way or has there been any violence towards him? We were made aware of the picture and the social media post and those students were reprimanded immediately. If there is a threat to any student's safety it would not be taken lightly, and we would need to know about it in order to address it.

Best,
Ms. Thompson

On Thu, Jun 6, 2024 at 7:44 AM [redacted] wrote:

Dear Principal Kiana Thompson,

I am writing to you with deep concern regarding the anti-Semitism and fear my children are experiencing at Palumbo. As Jewish students, they are part of a small minority in the school's population.

A particularly troubling incident occurred yesterday in my [redacted] The teacher, [redacted] made my son and his classmates watch a rap video promoting the destruction of Israel, with lyrics such as "Free Palestine... Fire in our hands, fire in our

*37*

eyes." My son was horrified and heartbroken by this experience and just wanted to get out of there. This kind of rhetoric is hateful and discriminatory, marginalizing a small group of defenseless students, especially when it appears that staff members are endorsing or pushing such messages.

Furthermore, my son already feels like he has to constantly watch his back because of threats of violence due to his Jewish identity. As parents, we are increasingly nervous about what could happen to our children every day. As you are aware, students have openly taken photos in school expressing support for Hamas and wishing harm upon the school. These actions are unacceptable and pose a severe threat to the safety and well-being of the Jewish minority at Palumbo..

Additionally, there have been Palestinian signs and flags displayed in the hallways and in at least one teacher's classroom. Such material should not be pushed on students, as it creates a divisive and threatening atmosphere. By allowing these one-sided displays, it appears that the school is endorsing a particular stance, which escalates tensions and makes Jewish students feel unsafe. This practice unfairly targets the smaller minority, dismissing their feelings and not treating them equally.

I urge you to take immediate and decisive steps to address this situation. It is imperative that the school administration ensures a safe and inclusive environment for all students, regardless of their nationality or religion. This includes preventing staff from promoting or supporting any form of hate or violence and taking action against those who engage in discriminatory behavior.

If you discuss this incident with the teacher, I request that you ████████████████████ ██████ as he is already shaken up and we are concerned about potential retaliation from the teacher.

I am available for any further discussion or clarification you may require. Ensuring the safety and security of all students must be a priority, and I trust that you will take the necessary measures to resolve these serious issues.

Thank you for your attention to this matter.

Sincerely,

████████████████

6/13/24 - 12:19 AM - email from Mrs. Heister:

[EXTERNAL SENDER] Adam Baughman & IG posters  ▸ Inbox ×                                    🖨 ☑

Kathryn Hiester                                              12:18 AM (5 minutes ago)    ☆    ↩    ⋮
to me, rsstamps, Richard, C.D. ▾

███ called John many times on Tuesday and when John finally answered ███ told John "If you don't come here we're going to come to your house." ███ also threatened to go ███ house.

Also here is a picture of the Palumbo students who posted and reposted the boys social media accounts and said to "get 'em."

---

3 Attachments • Scanned by Gmail ⓘ                                                         ↓ @



6/13/24 - 11:00 - I had a meeting scheduled with ███ family. The families of ███ ███ (who does not go here) showed up and tried to ambush me into meeting with all of them at one time. I told them I would only meet with the family who had the appointment right now, and I was not meeting the whole group without my assistant superintendent present. The SSO had to intervene to get them to leave.

███ mother was screaming about two girls who made anti semitic comments in the first two minutes they were there. She said to one of my staff members, "Didn't you hear her say F Israel?" The students said they never said a word, and none of the staff present heard the students say anything. (The Lieutenant has the students' statements. I will add them when I get them back.)They stayed outside for about 30 minutes with the police. I don't know why they were there, they must've called them.

7:14 PM - email from ███ mother

Thu, Jun 13, 7:14 PM
(13 hours ago)

39

to me

Hi Ms Thompson,

As you know there has been a lot going on today. I am most disappointed that there hasn't been an email sent out to the student body about an ongoing investigation. Instagram account called Palumbo.Positivity posted false allegations about my son and his friends along with their full names and was asked to share to everyone. This is a public account that people are sharing and this is resulting with death threats. Why hasn't this been shut down?

I demand an apology post from the Instagram page that acknowledges that they made allegations without any proof and apologizing for making their names public. This is defamation of character that is hurting them currently with threats. I need actions to been taken immediately.

Please excuse their absences for today and tomorrow. I will also like to see a plan of how the school will create a safe and welcoming environment for next year.

Best regards,

6/14/23 - Parent of [redacted] called to report that one of the parents put her finger in her daughter's face accusing them of saying F Israel, which no one else heard. The friend of [redacted] sister, [redacted] posted this on social media. ( [redacted] was not in school on 6/13. )

40



10:00 AM - SSO called in two serious incident report, one for the trespassing, and one for the parent ambush.

12:30 PM -Met with HSA president who shared emails from █████████████████

---------- Forwarded message ---------

From: █████████████████████

Date: Fri, Jun 14, 2024 at 7:10 AM

41

Subject: Re: [EXTERNAL SENDER] Re: Anti-semitism problem at Palumbo

To: Palumbo Griffins <palumbogriffinshsa@gmail.com>


Hello J█████,

Thank you for your response and for taking what I said seriously. The post with the names has been up for over 24 hours on the Palumbo.positivity page with more false accusations being posted. The principal despite our concerns hasn't done anything about it and has let these boys remain a target. Since this Instagram account has remained teachers from other schools have started to also post fake stories not knowing that the allegations or false and unproven. I don't feel safe going to school today and my heart is broken because of it. I hope today that your meeting goes well and the principal takes this seriously. Safety should always be the number one thing and I appreciate you helping me.


With kind regards,

▬▬▬▬▬▬▬▬▬


On Thu, Jun 13, 2024 at 5:59 PM Palumbo Griffins <palumbogriffinshsa@gmail.com> wrote:

Hi, ▬▬▬▬▬

Thank you so much for sharing this with me. It was brought to my attention from an HSA member earlier today that they saw the palumbo.positivity Instagram post and shared it with me as well. I was planning to be at Palumbo tomorrow for another matter and will see what I can do to connect with Principal Thompson about this. I am so sorry that this is happening. We all want our students and families to feel safe. I do appreciate you reaching out and will keep you posted.



**Palumbo Home & School Association**
Follow us on Facebook
**Visit our website to learn more about joining us.**
*Griffin Pride: Nothing Less Than Success!*


On Thu, Jun 13, 2024 at 5:26 PM ▬▬▬▬▬▬▬▬▬▬▬ wrote:
  Good evening J████

42

I wanted to reach out to you because you have supported me when I reached out for help and I have some concerns about the school that I think the home and school association should be aware of. This past Tuesday my brother and his friends went into our school's prayer room because the door was open and it looked welcome to everyone. One of them began to say prayers in Hebrew while the rest listened, two girls were in the room heard them, and began to laugh. Since that day they reported numerous detrimental false accusations against these boys and created an Instagram account called, Palumbo.positivity releases the boy's names to the public along with the false accusations and threats. More threats including death have followed from a bunch of different students at Palumbo. The boys' parents have tried to reach out to the principal to understand what the boys are accused of and address the threats. The principal has declined to speak to them and has allowed these threats and Instagram posts to remain and spread for over 20 hours. The principal hasn't emailed anyone but it's been made clear we aren't safe there. Some of my friends who weren't innocent have felt the hostile environment and are also worried. I think it's important for you guys to be aware of what is going on and the truth behind it. The parents of these boys are working with the police and the school district which are both supporting them. Please let me know if you have any questions or concerns.

Thank you,

12:13 PM Received a call from Ms. Crayton in the School Safety office. She said ▮▮▮▮▮ mother. Ms. Crayton mentioned that she saw pictures and videos of the boys in the Quiet Room. I told her that we had never gotten any photos or videos and that ▮▮▮▮ statement only said *I don't know what happened.*

Concerning IG posts - I saw the page, palumbo.positvity that names the students, however I have no knowledge of who made the post, so I can't ensure that it's taken down.



6/18/24 - Attaching statements from students who were accused by parent of trespassing student of saying F Israel.

43

# 4. STUDENT STATEMENTS

- **Students accused of antisemetic statements**
- **Students in or around the Quiet Room at the time of the alleged incident**
- **Students accused of disrupting the Quiet Room**

44



THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy at Palumbo HS |
| --- | --- |
| Date and Time statement obtained | Date: 6/11/24    Time: Approp 11 am |
| Name of Employee obtaining statement | Name: Rashida Stamps    Title: Dean |

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ████████████████

What is your role in the school community? ⊘Student   Parent   Employee   Other _____

If you are a student, what grade are you in? ____11th____

When did the incident happen? Date: 6-11-24    Time: 9:30 Am

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

Library / Prayer Room

_____

_____

Who was there when the incident happened?

A group of boys and a few girls were sitting
at the tables.

_____

45

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

A group of boys and one girl came into the library. They were recording and most of them went into the Prayer Room for a few minutes. Afterwards, they came out the prayer-room and were laughing. They then went to to corner in the library and stood for a few minutes. After that, the group walked out and one person made a sound before leaving. One of the girls in the group was sitting at a table during this.

**Who else might know about what happened?**

_____

Printed Name

6-11-24

Signature and Date:

___ Refuses to provide written statement     ___ Transported by PPD/Hospital prior to providing statement

__ This statement was transcribed by: _____

Please state reason for transcription: _____

46



# THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ PAlumbo |
| Date and Time statement obtained | Date: 6/11/24     Time: Approx 1:15 |
| Name of Employee obtaining statement | Name: Rashida Stamps     Title: Dean |

----

*Please answer the following questions fully and write as neatly as possible, or type.*

**What is your name?** ⬛⬛⬛⬛⬛⬛⬛⬛

**What is your role in the school community?** (Student) Parent   Employee   Other _____

**If you are a student, what grade are you in?** _____ 10th _____

**When did the incident happen?** Date: 6/11/24     Time: Around 9:00 AM

**Please feel free to add additional details if you do not remember the exact date/time:**

2nd period had just started on diversity day which
was around 9:00 AM.

**Where did the incident happen?**

The incident happened in the school library
and in the Quiet/Prayer Room.

**Who was there when the incident happened?**

J⬛ th⬛⬛, ⬛⬛⬛⬛⬛⬛⬛⬛⬛
a boy named ⬛⬛⬛⬛, and a couple of girls who
were in the library.

47

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

I asked my substitute for my 2nd Period class to go to Weissman's room. I went up there and the four boys, ████ ████████, and ████████ asked to go to the library. I followed them to the library and once we got there ████████ went straight to the quiet room, which wasn't what I expected him to do. ████████ and ████████ followed him and they started disrupting the other students in there. ████████ followed shortly after, and after about ten minutes they left the room. Not knowing what happened, I followed them out of the library and walked with them to the fourth floor boys' bathroom. I left and went to the lunchroom.

**Who else might know about what happened?**

Girls in the library who I don't know the names of.

<table>
<tr><td>████████████</td><td>████████████</td><td>6/11/24</td></tr>
<tr><td>Printed Name</td><td>Signature and Date:</td><td></td></tr>
</table>

___ Refuses to provide written statement      ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

_____

48

**Notes:**
(Answers to follow-up questions or clarifications can be written here by the person conducting the investigation)

Ms. Phillipe called to tell me that this student wanted
to weure a statement

49

**THE SCHOOL DISTRICT OF**
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | |
|---|---|
| Date and Time statement obtained | Date: _____ Time: _____ |
| Name of Employee obtaining statement | Name _____ Title: _____ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ▓▓▓▓▓▓▓ _____

What is your role in the school community?  (Student)  Parent   Employee   Other _____

If you are a student, what grade are you in? __11th_____

When did the incident happen? Date: __6/11/24_____   Time: ___9:30____

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

__Library / prayer room_____

_____

_____

Who was there when the incident happened?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____

_____

50

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

This is the 2nd time I have seen this in the prayer room. The first time was 6/6/24 in library 5th period. They came in, laughing, put their ears to the prayer room and were laughing + recording. Me and ▮▮▮▮▮▮ gave them weird stares so they left laughing. On 6/11/24, a group of them came in and seperated across the library. Two students were seated and recording while the others went inside the prayer room. Going inside was not a problem since its for everyone but they kept making comments, grinded on the floor, took down stuff from the wall that were islamic and kept saying "This is my religion" & chanting no things in Hebrew. They were there for 10 minuts and one of them moaned and made ᴿ They also barged in the inappropriate comments as they exited prayer room wront knocking as there the library; was a girl with no hijab.

**Who else might know about what happened?**

▮▮▮▮▮

---

**Printed Name** ▮▮▮▮▮▮▮

**Signature and Date:** ▮▮▮▮▮▮  6/11/24

___ Refuses to provide written statement        ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:



## THE SCHOOL DISTRICT OF
## PHILADELPHIA

### Statement Form

This Section To Be Completed by School Employee:

| School Name | Academy at palumbo |
| --- | --- |
| Date and Time statement obtained | Date: 6/11/24    Time: 9:25 |
| Name of Employee obtaining statement | Name ▓▓▓▓▓    Title ▓▓▓▓▓ |

Rashida Stamps                                    Dean

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? N▓▓▓ M▓▓▓

What is your role in the school community? (Student) Parent Employee Other _____

If you are a student, what grade are you in? 10TH

When did the incident happen? Date: 6/11/24    Time: _____

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

Prayer/quiet room. They walked without the purpose of what a prayer room is since they didn't pray nor were they quiet.

Who was there when the incident happened?

▓▓▓▓▓ ▓▓▓▓▓, some person with a motik, and another person we think is ▓▓▓▓

52

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

I came from the bathroom at around 9:20 and I asked the 5 guys why they were in the prayer room. They responded harshly and said they have the right to religion to be there. I came after the recording and hate rooted words they said to the other students. But while I walked in they were laughing and I saw the praying/muslim posters taken down from the white guy. After that my friends tell me what happened and what they did and how the unknown boy that we think is ███████ started inappropriatly grinding on the floor. As they left one of the boys moaned and they all laughed at the palestine flag.

**Who else might know about what happened?**

████████████████

_____          _____  6/11/24
Printed Name                      Signature and Date:

___ Refuses to provide written statement    ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: The Dean, Ms. Stamps

Please state reason for transcription:
Hate crime / rooted pro-israel and passive aggressiveness

53



THE SCHOOL DISTRICT OF
PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ PALUMBO | |
|---|---|---|
| Date and Time statement obtained | Date: 6/11/24 | Time: APROX 1730AM |
| Name of Employee obtaining statement | Name: Rashida Stamps | Title: Dean |

*Please answer the following questions fully and write as neatly as possible, or type.*

**What is your name?** ▮▮▮▮▮▮▮▮▮▮▮

**What is your role in the school community?** (Student) Parent Employee Other _____

**If you are a student, what grade are you in?** 10th

**When did the incident happen?** Date: June 11 2024   Time: 8:30 ish I think

*Please feel free to add additional details if you do not remember the exact date/time:*

_____

**Where did the incident happen?**

I'm told something happened in the prayer room, I only entered later on. My friends. told me to follow them and since schoolwork was done for the year I was like "sure". We went into the library and I saw a book- 1968 it looked interesting and my friends then went into the prayer room. For awhile I did not as I'm not religious and I didnt want to disrupt anything happening. Eventually I was pressured so I went in but kept

**Who was there when the incident happened?** quiet and read the book. Very soon after I went in we exited the room and soon after that left the library. I was ▮▮▮▮ (my friend), and two people I've seen before but never really interacted with, the only rather confused on who interaction I've had was with the tall one who last year splashed water on me was going and my friends then ran away so I didnt really like that person anyways oh I did even know ▮▮▮▮ and ▮▮▮▮ told me to come witho them and I still dont even there was an know the details of the situation I'm just confused cause I went into incident until I got the prayer room right before everyone left and after the whatever called down just now. You can happened check security cameras and I have texts to show it.

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

My bad I filled it out on the other page, to summarize I followed my friends then hanged around in the library then came into the prayer room late after all the drama, after being texted to come in.

**Who else might know about what happened?**

Not sure

_____
Printed Name

_____  - June 11, 2024
Signature and Date:

___ Refuses to provide written statement          ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

_____

55

# THE SCHOOL DISTRICT OF PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| | |
|---|---|
| School Name | Academy @ Plumbe |
| Date and Time statement obtained | Date: 6/11/24    Time: Approx 9:36 am |
| Name of Employee obtaining statement | Name: Rashida Stamps    Title: Dean |

---

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ____ M____

What is your role in the school community? (Student) Parent   Employee   Other ____

If you are a student, what grade are you in? ____ 10th

When did the incident happen? Date: 6/11/24    Time: 9:10

Please feel free to add additional details if you do not remember the exact date/time:

____

Where did the incident happen?

____ In the quiet roon inside the library ____

Who was there when the incident happened? ____

____ a ____

____ whul walked in a bit later while they were still in the roon

56

Describe from beginning to end, what happened:

*(Example: What did you do? What did others do?)*

im sitting playing roblox in the prayer room with my face cover off because I felt like the room was a safe space. One boy with a hat on walks in and I look at away who is sitting infront of me and I freeze because everyday I sit here and no boy walks in so I freeze and we start laughing and the other boys ████ come in next so hes the second one to come in and he sits mind you I'm still playing my roblox but I sink into my chair and pull the face cover on. Then as all the boys walk in the ████ dude does a hand stand and grinds the floor infront of us and the other dude with the ████ I think ████ brings in the Jewish holy book and was ██████ chanting. As I couldn't see everything the boys did because my face was covered so I was like blocking and hiding behind. they kept chanting. Im a proud Zonist Brady

Who else might know about what happened? what came back and asked what are you doing here etc is shocking seeing here how io they start saying its bcuz ts

Printed Name: f████ M████

Signature and Date: F. M.

___ Refuses to provide written statement    ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

_____

57

**Notes:**
(Answers to follow-up questions or clarifications can be written here by the person conducting the investigation)

▓▓▓▓ walks in and sits down because its really
akward and she asks why yall in here?
and they say mind you I dont who said what
I can only hear cause I'm still shocked aes a
muslium hearing others say" I'm a proud zionist"
shows alot so I was frozen majority of the
time.



## THE SCHOOL DISTRICT OF
## PHILADELPHIA

### Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academye Phumeo As. | | |
|---|---|---|---|
| Date and Time statement obtained | Date: 6/11/24 | Time: Approx 10AM | |
| Name of Employee obtaining statement | Name: Rashida Stamps | Title: Dean | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ▓▓▓▓▓▓▓▓▓▓

What is your role in the school community? (Student) Parent   Employee   Other _____

If you are a student, what grade are you in? 11th

When did the incident happen? Date: 6/11/24          Time: 9:30

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

Library / prayer room

_____

Who was there when the incident happened?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓

_____

59

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

It was 2nd period. 4 Sophomore boys went into the prayer room with what seemed like malicious intent. The 4 boys took down prayers from the prayer room's wall, did hand stands on the prayer mat, and did sexual actions on the prayer mat. They (4 boys) also started recording a muslim girl (xxxx) without her hijab on. After they (4 boys) left the room, they moaned. Before they left, in the room (prayer room), they said Hebrew chants. Ahmed witnessed this while the 4 boys and the 1 girl were in the room at the same time as her.

**Who else might know about what happened?**

6/11/24

Printed Name                    Signature and Date:

___ Refuses to provide written statement        ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription: _____

60

**Notes:**
(Answers to follow-up questions or clarifications can be written here by the person conducting the investigation)

6/11 — Unclear if this student was present or IF SHE IS REPORTING HEARSAY.

6/11 — Confirmed with ▮▮▮▮▮ that this student was present in the library.



THE SCHOOL DISTRICT OF
PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ PALUMBO | | |
|---|---|---|---|
| Date and Time statement obtained | Date: 6/11/24 | Time: 10:15 Am | |
| Name of Employee obtaining statement | Name: Rashida Stamps | Title: Dean | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

**What is your name?** ███████████

**What is your role in the school community?** (Student) Parent  Employee  Other _____

**If you are a student, what grade are you in?** 11th

**When did the incident happen?** Date: 6/11/24        Time: 9:30

**Please feel free to add additional details if you do not remember the exact date/time:**

_____

**Where did the incident happen?**

Library / prayer room

_____

_____

**Who was there when the incident happened?**

████████████████████████

_____

_____

62

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

It was 2nd period, me and my friends were sitting at the table In the library. Then a group of sophmore boys and a girl walked in. The the girl sat a couple tables in front of us and she stayed on her phone most of the time, Im pretty sure she was texting the boys because she kept looking at the boys and laughing with them. They kept looking at our table and laughing at us. Then one of the boys sat to the left of us. Then the other 3 boys went into the prayer room laughing. After a min, I went in and took out the qurans because we thought it was the right thing to do in case they decided to do anything. Then after around 10 mins, they left and hid in the corner in the library then left the library. Then we went into the prayer room to ask the girls who were in there and they said they were taking down the duas (prayers) that were on the wall. And she said one of them grinded on the floor. Then they kept recording the room

**Who else might know about what happened?**  and recorded A~~mya~~ without her hijab.

**Printed Name**

**Signature and Date:** 6/11/24

___ Refuses to provide written statement      ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

63



### THE SCHOOL DISTRICT OF
## PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy at Palumbo |
|---|---|
| Date and Time statement obtained | Date: 6/11/24    Time: Appox. 11am |
| Name of Employee obtaining statement | Name: Rashida Stamps    Title: Dean |

------------------------------------------------

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ▮▮▮▮▮▮▮▮▮▮

What is your role in the school community? (Student) Parent   Employee   Other _____

If you are a student, what grade are you in? __11th__

When did the incident happen? Date: _6/11/2024_    Time: around 9:30

Please feel free to add additional details if you do not remember the exact date/time:

_During 2nd am period I believe_

Where did the incident happen?

_School library_

Who was there when the incident happened?

_A few girls in the prayer room, me and a few people who had just came in (a group with 4 boys and 1 girl)_

▮▮▮▮▮▮▮▮▮▮

64

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

The group with 4 boys and 1 girl came in and me and ▓▓ were already suspicious because ve had previously seen 3 of them (▓▓▓▓ and ▓▓▓▓) messing around and laughing outside the prayer room. The 3 then entered the prayer room 1 at a time while a boy (▓▓▓▓ and a girl (▓▓▓▓ waited outside. ▓▓▓▓ was recording. ▓▓▓▓ came out at one point, laughing and doing something on his phone, and overall while they were in there, they were being loud and disruptive. Then when they left, one of them jokingly moaned.

**Who else might know about what happened?**

_____

Printed Name

6/11/2024

Signature and Date:

___ Refuses to provide written statement      ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

_____

65



# THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ PALUMBO H.S. |
| --- | --- |
| Date and Time statement obtained | Date: 6/11/24    Time: Approp 9:35 AM |
| Name of Employee obtaining statement | Name: Rashida Stamps    Title: Dean |

--------------------------------------------

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ~~Jennifer Wu~~ A███ V███

What is your role in the school community?   (Student)   Parent   Employee   Other _____

If you are a student, what grade are you in? ___9th___

When did the incident happen? Date: ___6/11/24___    Time: ~~11:52 9:13~~

Please feel free to add additional details if you do not remember the exact date/time: -10
started during 2nd period  9:13  lasted for about 8 minutes

Where did the incident happen?
The prayer room ~~of the~~, in the library

Who was there when the incident happened?
F█████ & █████ were in the room
I think 3 girls were outside witnessing, one who I can't
name, █████████████ Nit███ came in at the end,
+ then the 5 boys. one being █████████ ██████,
one who I don't know
another one I don't know

66

Describe from beginning to end, what happened:

(Example: What did you do? What did others do?)

Me and ████ were sitting down along with ████ Then a boy comes in, no knock, just unannounced. Grabs a chair and sits down and gets on his phone. 4 boys or 3 came too. The guy who came in first starts saying something in Hebrew, at least that's what I thought it was or Russian. There was also a girl who was there for a minute outside by the door talking to them. He and █████ burst out laughing. We get asked by the guy who first came in, "What's so funny?" We were silent, while this ████ is recording me and him's interaction. ████ also recorded the prayers on the wall. ████ and the guy tore down two prayers off the wall. I also told ████ "Why are you recording me you're weird." Then my friend █████ came in.

Who else might know about what happened?

Anybody that was in the library at the time. I know a girl came in after saying there's a video/picture of it for evidence.

_____ A██ V██ _____                    ✍ Java ✍          6/11
Printed Name                                              Signature and Date:

___ Refuses to provide written statement      ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:
_____

67

**Notes:**
(Answers to follow-up questions or clarifications can be written here by the person conducting the investigation)

N████ asked them What were they doing here. ████ says it's the quiet room and talks about his rights. N███ says I didn't need all that y'all sound like nerds. There was also a guy who came in during this, he wore a yellow mask. They all walked out together.



# THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ Palumbo |
|---|---|
| Date and Time statement obtained | Date: 6/11/24    Time: Approx 2:50pm |
| Name of Employee obtaining statement | Name: Roshida Stamps    Title: Dean |

---

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ~~Kayla~~ Hiester

What is your role in the school community? (Student)  Parent  Employee  Other _____

If you are a student, what grade are you in? 10th

When did the incident happen? Date: 6/11/2024    Time: Morning

Please feel free to add additional details if you do not remember the exact date/time:

It took place around 2nd or 3rd period.

Where did the incident happen?

This incident took place in the library/Quiet room.

Who was there when the incident happened?

▮ Hiester (Myself)

69

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

This morning, My friends and I walked into the library to sit in a more comfortable environment during these days when grades are closed and there is no instruction happening. When we entered, we saw the quiet room was open and decided to walk inside to see what was there. There were some students there sitting at a table quietly. My friends and I entered the room and sat down. We didn't do anything to bother or disrupt anyone. We also did not cause any damage or destruction. After a few minutes of sitting there, we left the library. Shortly after that, I made a foolish mistake and left school early without permission I returned to school around 2:30 to apologize.

**Who else might know about what happened?**

Other students who were nearby, I don't know their names.

+ ███████████████

Printed Name

███████████    6/11/2024

Signature and Date:

___ Refuses to provide written statement    ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

_____

70

**Notes:**
(Answers to follow-up questions or clarifications can be written here by the person conducting the investigation)

The main office called me at around 2:45pm. They said that ▓▓▓▓ just re-entered the building. Mr Thompson met him at the main office and escorted him to room 302 to waive his statement.

— R Janus 6/m/y 25?

71



THE SCHOOL DISTRICT OF
PHILADELPHIA

## Statement Form

This Section To Be Completed by School Employee: Ms. Rashida Stamps Dean

| School Name | Academy at ~~Palumbo~~ |
| Date and Time statement obtained | Date 5/11    Time: 10:40 |
| Name of Employee obtaining statement | Name M Sr.    Title: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

**What is your name?** ▮▮▮▮▮▮▮▮▮▮

**What is your role in the school community?**   (Student)   Parent   Employee   Other _____

**If you are a student, what grade are you in?** _____ 10-th _____

**When did the incident happen?**  Date: ~~▮▮▮~~ _____    Time: _____

Please feel free to add additional details if you do not remember the exact date/time:

I do Not knows

**Where did the incident happen?**

I do Not know about an incident.

**Who was there when the incident happened?**

I have no idea about an incident.

72

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

I do not know about an incident.

**Who else might know about what happened?**

I am not sure.

[REDACTED]
Printed Name

[REDACTED]                      8/11/24
                                Signature and Date:

X̲ Refuses to provide written statement      ___ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

73



### THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ Palumbo HS |
|---|---|
| Date and Time statement obtained | Date: 6/12/24    Time: Approx 1:15 pm |
| Name of Employee obtaining statement | Name Rashida, Stamps    Title: Dean |

--------------------------------------------------

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ▮▮▮▮▮▮▮▮▮▮

What is your role in the school community?  (Student)  Parent   Employee   Other _____

If you are a student, what grade are you in? _____ 10th

When did the incident happen? Date: 6/11/24 _____    Time: I Dk _____

Please feel free to add additional details if you do not remember the exact date/time:

_____

_____

Where did the incident happen?

I ~~person~~ did not witness any incident.

_____

_____

Who was there when the incident happened?

▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮

_____

_____

74

**Describe from beginning to end, what happened:**

*(Example: What did you do? What did others do?)*

With I did not witness anything considered to be a
Incident.

**Who else might know about what happened?**

The people who I named when the incident happened section.

Printed Name

Signature and Date: 6/12/24

____ Refuses to provide written statement     ____ Transported by PPD/Hospital prior to providing statement

___ This statement was transcribed by: _____

Please state reason for transcription:

75

# 4A. ADDITIONAL STATEMENTS

# Statements gathered since 8/19/24.



# THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | |
|---|---|
| Date and Time statement obtained | Date: _____  Time: _____ |
| Name of Employee obtaining statement | Name _____  Title: _____ |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? A██████ B.██████████

What is your role in the school community? (Student)  Parent  Employee  Other _____

If you are a student, what grade are you in? _____

When did the incident happen? Date: Tue Jun 11 2024  Time: Throught School day

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

(~~Throo~~) Around the School. (Bathroom, Wiessman room, hallway).

Who was there when the incident happened?

_____

_____

_____

77

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

I was on the elevator when the victims of the hate crime had shared their story with me. I (recognize) recognized the names of the students that the girls had stated. Some of which were my friends so my first instinct was to call him (█████). He did not answer so I called around 20 times until his friend ██████ answered for him. He began to get loud and dirty so I honestly matched that. After that I let Ms Stamps (█████) know and tried to get them on the phone again, even texted him. Later that day while using the bathroom (█) before leaving ⟶

**Who else might know about what happened?**

_____

_____

_____

_____        _____
Printed Name                    Signature and Date:

___ Refuses to provide written statement    ___ Transported by PPD/Hospital prior to providing statement

__ This statement was transcribed by: _____

Please state reason for transcription: _____

78

**Notes:**
(Answers to follow-up questions or clarifications can be written here by the person conducting the investigation)

school, I ran into J███ where he claimed
he just went in there to chill. I told
him next time he wants to do that
to try it on me instead of the girls
who were simply trying to pray. He took
this as a threat although I was just offering
(to) an option for no other women to
be harassed. ███ left the bathroom
and I have not seen(him) him since.
I ran (too) into ███████ on Broad
where he stopped his bike
and claimed he did not do anything before
I even accused him. I told him I
disagree so he kept peadling away.
I also ran into ███████ ███████ in Wiessman
room where they said it was not them and
that ████████ and ███ left.

79

# THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ Palumbo |
| --- | --- |
| Date and Time statement obtained | Date: 8/26/24    Time: |
| Name of Employee obtaining statement | Name: Rashida Stamps / Giana Thompson    Title: Dean / Principal |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ▆▆▆ A▆▆▆

What is your role in the school community? (Student) Parent  Employee  Other _____

If you are a student, what grade are you in? 11th

When did the incident happen? Date: 6/12/24    Time: after School

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

The incident happen on the phone on a privite dm between me and ▆▆▆ about the incident that happend.

Who was there when the incident happened?

It was between me and ▆▆▆ on the phone.

80

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

So I was I at ~~school~~ home talking ~~etc~~, ~~either~~ Just minsing ~~my own~~ ~~bis~~ own bussib. When I got a text dm form ~~john~~ about the thing that happes at school. he was telling me about ~~when~~ how he was big trouble at School. so I tols him saying that "You'r coolies" which I was saying that what you dis can get you in really big trouble becouse this was relly big thing that he did. I also asking him why ~~he~~ dis he go in the room. ~~so I had~~ So he kelt telling me that pubic room with I knew that I jlest want to know more on why he went in the loom that all ~~at that~~ he kol't saying how it a pubic room, which I hos to ens sot I can't be friens ~~nomor~~.

**Who else might know about what happened?**

~~that~~ I thot they thy clear their nomes even thought knew their in the wrong

Printed Name: A____do A____

Signature and Date: _____ 8/26/24

___ Refuses to provide written statement    ___ Transported by PPD/Hospital prior to providing statement

✓ This statement was transcribed by: A____ A____

Please state reason for transcription:

81

**Notes:**
(Answers to follow-up questions or clarifications can be written here by the person conducting the investigation)

Also in the text message that sent it was
not a throt It was me trying to
tell him that what he did is wrong and you you are
going to get in toble by the school if you come back.

82



THE SCHOOL DISTRICT OF
PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ Palumbo |
|---|---|
| Date and Time statement obtained | Date: 8/26/24     Time: |
| Name of Employee obtaining statement | Name Rashida Stamps / Kianz Thompson   Title: Dean / Principal |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? E~~████~~

What is your role in the school community? (Student) Parent   Employee   Other _____

If you are a student, what grade are you in? ___10th___

When did the incident happen? Date: _____     Time: _____

Please feel free to add additional details if you do not remember the exact date/time:

it was   around    I think  June

Where did the incident happen?

my house

Who was there when the incident happened?

no one

**Describe from beginning to end, what happened:** funny

*(Example: What did you do? What did others do?)*

~~Funny~~

Someone had post a ~~Funny~~ photo of ▮ and I had reposted it, but I realize how that would be wrong and make him upset. I did not have a persnall Problem with him

**Who else might know about what happened?**

_____

_____

_____

E ▮▮ m▮▮▮▮

Printed Name

✗ E▮▮▮▮

Signature and Date:

___ Refuses to provide written statement       ___ Transported by PPD/Hospital prior to providing statement

__ This statement was transcribed by: _____

Please state reason for transcription:

_____



THE SCHOOL DISTRICT OF
PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy @ PALUMBO HS. | | |
|---|---|---|---|
| Date and Time statement obtained | Date: 8/26/24 | Time: 10:35 am | |
| Name of Employee obtaining statement | Name: Roshida Stamps and Giana Thompson | Title: DEAN / TEACHER | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ~~Ian Reed~~

What is your role in the school community? (Student) Parent   Employee   Other _____

If you are a student, what grade are you in? 10th

When did the incident happen? Date: June 12th 2024   Time: 8:00 pm

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

My house after school

_____

_____

Who was there when the incident happened?

Just me

_____

_____

85

**Describe from beginning to end, what happened:**

(Example: What did you do? What did others do?)

I was at home on my instagram when all of my friends/fellow students stories were blowing up my phone about an incident at the school. I was confused because I hadn't heard what happened, so I swiped up on peoples stories asking about it. After hearing some information and seeing the positivity page, I started reposting and sharing things others had said. Then a page about a walkout started up for the next day. I put that too on my story, but deleted it after it was called off. The next day I was speaking about with my friends, but didn't post anything else.

**Who else might know about what happened?**

I don't have any names

_____    _____
Printed Name                         Signature and Date:

___ Refuses to provide written statement        ___ Transported by PPD/Hospital prior to providing statement

__ This statement was transcribed by: _____

Please state reason for transcription:
_____

86



## THE SCHOOL DISTRICT OF PHILADELPHIA

### Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy at PAlumbo |
|---|---|
| Date and Time statement obtained | Date: 8/26/24    Time: |
| Name of Employee obtaining statement | Name: Rashida Stamps / Kiara Thompson   Title: Dean / Principal |

---

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? A██████ B██████

What is your role in the school community?  (Student)  Parent  Employee  Other _____

If you are a student, what grade are you in? ___11th___

When did the incident happen? Date: June 2024    Time: School day

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

In school

_____

_____

Who was there when the incident happened?

A█████ , J█ ██████ ,

_____

_____

87







Not quite sure who your sources are but you have a mouthful of stupidity. Since you have a lot to say about my friends and I, I would like to hear your side of the story to which you are accusing us of "hate crime." Please before you start your statement, stop and think is what your about to say the truth, and if you continue and began telling your perspective, please provide evidence. My family, friends, and I have acknowledged my wrongdoing in proceeding through school security, and I and my fellow friends have admitted to our unlawful conduct and behavior. So, I would like to ask of you to

please tell us what you are sharing on the internet about us that just does not seem quite true to myself.

asked Josiah or wtv his name is "do you like asain girls" and Josiah was silent and then said "not the really nerdy ones" and ı goes "oh yea they are too flat"

Reply

88





He walked up to me in the lunch line and was like
Hey
Hi
How has everything been I haven't talked to you in a while cuz you started sitting there
I've been good wbu?
Good
Ngl I just moved because        and

Right bro I thought about sitting next to you but there are no seats over there             are just weird I can't sit with them



All they talk about is tits I wanna move my seat

Reply
Add Sticker
Copy
Translate
More...



Yo idk who tf your girl or he or she is talking to

Listen faggot I'm not going after 6th graders but you can have fun with your stocker

I was looking at all the 6th graders you follow


89













# HIBster Report

## All Incidents

## School District of Philadelphia

### Date Created: 8/29/2024

## 54264_AAP_06122024

| | | | |
|---|---|---|---|
| **Tracking #:** | 54264_AAP_06122024 | **Date Closed:** | 8/29/2024 |
| **Date Entered:** | 6/12/2024 | **Incident Date:** | 6/11/2024 |
| **School:** | ACADEMY AT PALUMBO | **Incident Time:** | 9:15 AM |
| **Investigation Type:** | HIB | **Reported By:** | Jade Tuff (Teacher) |

**Target:**

N███ M████████ █████████████████████████) (Grade: 10) (Ethnicity: Multiracial) (Gender: Female)

**Action Taken - Target:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 6/13/2024 (Name of person contacting Parent/Guardian:
Rashida Stamps, Voice message left)

Initial Agency Contact: None

Actions Taken: None

**Target:**

F████ M████ █████████████████████████) (Grade: 10) (Ethnicity: Black) (Gender: Female)

**Action Taken - Target:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 6/13/2024 (Name of person contacting Parent/Guardian:
Rashida Stamps, Spoke with Parent/Guardian)

Initial Agency Contact: None

Actions Taken: None

**Target:**

████ ████████████████████████) (Grade: 9) (Ethnicity: Asian) (Gender: Female)

**Action Taken - Target:**

Has contact been made with parent/guardian?: No

Initial Agency Contact: None

Actions Taken: None

**Type:**

**Classification:**

Emotional, Mocking, Tearing down signage containing prayers

**Location:**

Library - Quiet room

**Witnesses:**



92

**Other Evidence (In Addition to Witness Statements):**

Video or Audio Tape

**Motivation:**

Race or Ethnic Origin, Religion: Islamic (Muslim), Perceived to Weakness

**Alleged Offender:**

████ ██████ (Student ID: ██████, State ID: ██████████) (Grade: 10) (Ethnicity: Hispanic/Latino) (Gender: Male)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 6/11/2024 (Name of person contacting Parent/Guardian:
Kiana Thompson, Title of person contacting Parent/Guardian: Principal, Spoke with Parent/Guardian)

Additional Parent/Guardian Contact: Parent/guardian was contacted on 6/13/2024 (Unscheduled In person interaction)

Initial Agencies Contacted: None

**Alleged Offender:**

████████████████ ) (Grade: 10) (Ethnicity: Multiracial) (Gender: Male)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 6/11/2024 (Name of person contacting Parent/Guardian:
Kiana Thompson, Title of person contacting Parent/Guardian: Principal, Could not contact)

Additional Parent/Guardian Contact: Parent/guardian was contacted on 6/12/2024 (Spoke with Parent/Guardian)

Initial Agencies Contacted: None

**Alleged Offender:**

████████████████ ) (Grade: 10) (Ethnicity: White) (Gender: Male)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: No

Additional Parent/Guardian Contact: Parent/guardian was contacted on 6/13/2024 (In person interaction)

Initial Agencies Contacted: None

**Alleged Offender:**

████████████████ ) (Grade: 10) (Ethnicity: White) (Gender: Male)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: No

Additional Parent/Guardian Contact: Parent/guardian was contacted on 6/13/2024 (Unscheduled In person interaction)

Initial Agencies Contacted: None

**Conclusion:**

Bullying Unfounded, Harassment Founded. Founded for Offenders: ████ ████████, ███████

93

HIB STER. ▓▓ Religion - Islamic (Muslim) - Founded

████████████████████████

█████████████████████████████

████████████████████████

Effects of HIB:

Submitted to BOE? No

**Additional Information:**

Rashida Stamps, Dean, received a text message from Jade Tuff saying that a student reported to her that another student was making girls uncomfortable in the prayer room. She also emailed me, Ms. Thompson, and Ms. Bond.

The email read in part, "Just wanted to let you know there was an incident in the Prayer room that the kids say has happened before, but it's making some of the girls really uncomfortable... ████████ ████████ and some of his friends are going into the prayer room and taking videos of himself and his friends pushing the prayer rugs and openly mocking the girls when they are going in there to pray. They said they ignored it the first time, but that this time he went too far and made them very uncomfortable."

I was entering the building at the time and encountered some of the girls by the 1st floor elevator. They are excited and started telling me what happened. We rode the elevator together to my office where they were able to tell me what happened and provide statements.

Rashida Stamps continued to gather statements from witnesses and participants for the remainder of the day. Only one of the accused, ████████████, was able to be located. The rest of them were either not in class or left the building. At the same time that I called for ████ his mother was in the main office to pick him up. ████████████████████████ who is a student at ████████████ was trespassing. ████ ████ has left the building after the incident but returned around 2:40 pm on 6/11/24 to complete his statement. ████████████ (alleged offender), did not attend his classes and therefore could not be located. He did however receive an early dismissal in the afternoon. He reported to school on 6/12/24 around 1:30 pm to write his statement.

The statements from the alleged victims and witnesses claimed that 4-5 boys entered the Quiet Room (Prayer Room) and were laughing at the girls in there, taking pictures of them without their hijabs on, making obscene gestures in the prayer rugs tearing posters from the walls and moaning. There were two girls in the room, and one returned from the restroom during the incident.

**Here is a summary of the alleged incident on 6/11/24 and where we are in the investigation:**

6/11/24 - 10:00 AM - I received a text from Dean, <u>Rashida Stamps</u> stating that there was a potential "hate crime" situation and she was getting statements. I met her in her office around 11:30 and the statements were shared with me:

The statements claimed that 4-5 boys entered the Quiet Room (Prayer Room) and were laughing at the girls in there, taking pictures of them without their hijabs on, making obscene gestures in the prayer rugs tearing posters from the walls and moaning. There were two girls in the room, and one returned from the restroom during the incident.

The male students were identified, and it was discovered that one of them is a student who attended Palumbo in 9th grade, but now attends private school. Dean Stamps called ████████████

95

████████ to write his statement. When she called for him, she was told his mother was here for an early dismissal. She told him to come to her office before leaving. Stamps asked him what he was doing in the prayer room, and he responded, "I was praying." He then got a text, and wrote *I don't know* on every line on the statement sheet. I called his parents to tell them what happened and they said they could bring him in on Thursday at 11:00 AM. Last week Dad has emailed we with concerns of safety and anti-semitism, which I will copy the email into this document. Some of our conversation shifted to that email, which in my personal opinion lends context to this incident.

Stamps attempted to get ██████████ ██████ to give his statement, but he was marked as having an early dismissal. We called the secretary and asked if someone picked him up, and she said yes, his mom had picked him up because he said he was sick. However, he was marked absent from most of his classes prior to that.

~~John Hiester~~ ████████ was looked up next. He was also marked absent from his assigned class. I called his father, who said he was out of town, and would call mom. Mrs. ~~Hiester~~ called me right back and I told her ~~John~~ wasn't in the building, and asked her if she could bring him to school in the morning, to which she agreed. ~~John~~ showed back up around 2:30. He said his parents told him to come back to school. I took him to the Dean's office to write his statement.

██████████ ██████ gave a written statement admitting to being in the library, then entering the quiet room later. It's not clear yet if he was with them the entire time.

██████████ ██████ attends private school, but attended Palumbo in 9th grade. I called his mother to tell her what allegedly happened. His mother was extremely apologetic and believed he was capable, and even suggested that he was the ring leader.

██████████ ██████ is seen in the video walking in the hall with ██████, ████, ██████████. However, she went to Ms. Stamps on her own to provide her account of what occurred in the library.

Ms. Stamps reached out to Karly Pulcinella from Rights & Responsibilities to see what the protocol was if we needed to do EH-21s at the end of the school year.

96

At the end of the day I emailed staff to inform them that I didn't want any students going to other classes after grades closed since this incident occurred while students asked teachers for notes to go to other classrooms, and somehow ended up in the library.

6/12/24 - 9:30 AM - Ms. Stamps and I met with J▇▇ and H▇▇ H▇▇▇▇ to explain the allegations in detail, which J▇▇ admitted to being there, but did not admit that the behaviors. We reiterated the seriousness of the claims and told them that we were still investigating and would reach out after we were able to come to a conclusion. We also asked ▇▇▇ if there were any examples of harassment or anti-semitism that he personally experienced or heard about in school that made him feel unsafe or uncomfortable prior to this library incident. We asked him more than once, and his answer was no, except for his classmate, A▇▇▇ writing "I love Hamas" on a whiteboard and taking a picture with it.

10:30 - I called ▇▇▇ father because he was gone yesterday, and he wasn't in school today. His father said he was at the doctor. I explained the situation to him and told him I may need him to come in for a meeting.

1:20 PM - Ms. Stamps texted me to say ▇▇▇ showed up and was in her office writing his statement. She then said he wanted to talk to me. I was in the counselor's office, so he came down and handed me a statement that said *I don't know anything* on every line. I asked him why he was giving me this because it didn't say anything. He then started with a bunch of doubletalk about how he didn't do anything. I stopped him and told him that we were still investigating and he'd better hope it's not discovered that he's lying.

2:19 PM - Karly looped Andrea Prince in. I responded to her question.

7:58 PM  - I received a pretty accusatory email from a student to which I responded:

9:00 PM - I received an email from Mrs. Heister informing me that students are posting threats to students who were implicated in the incident, as well as contacting ▇▇▇s sister who goes to Central. They are also planning a walkout at Hawthorne Park at 9:30 AM. At this time I reached out to AS Gordon and Lieutenant Terry. AS Gordon instructed me to suspend the students for unlawful entry into a school building for letting ▇▇▇▇ in, and to prepare this summary.

97









<u>For context: Email thread between myself and</u> ▮▮▮ <u>father last week. Also, the day this incident occurred was our school's Diversity Day (start from the bottom):</u>

On Wednesday, June 12, 2024 at 11:17:34 AM EDT, Kiana Thompson <klthompson@philasd.org> wrote:

Yes, I will excuse his absence for today.

99

On Tue, Jun 11, 2024 at 9:42?PM ▮▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Ms. Thompson,

Thank you for your prompt response and understanding regarding our concerns about the video in Ms. Xxxxxxxs' Spanish class. We appreciate her willingness to address the issue and remove the song from the curriculum.

Regarding the flag policy, we understand the distinction between individual student expression and institutional representation. While the policy allows for students to wear flags as symbols of solidarity, we're concerned about the impact of the school's widespread display of flags and signs in the hallways, classrooms, and on doors. This institutional representation is creating a sense of exclusion and discomfort among certain students. It's essential to ensure that the school environment fosters inclusion and representation for all students, regardless of their background or nationality. Our children perceive the widespread display of flags in the school as reflective of the institution's policy and position, and it's important to address this perception to avoid any misunderstanding or discomfort among the students.  If Palestinian flags are allowed to be posted in the school's hallways and classrooms, we believe it would be fair and inclusive to also allow the posting of Israeli flags, American flags and any other flags to represent diverse perspectives.

As for the incident concerning ▮▮▮▮, we will come in Thursday at 11 am. He did express feeling unsafe due to a threat made, which is why we've decided it would be best for him to stay home tomorrow. Could you please excuse his absence for tomorrow? We intend to come in on Thursday to discuss the incident further and address any safety concerns moving forward.

Thank you for your understanding and cooperation.

Kind regards,

▮▮▮▮▮▮▮▮▮▮▮

On Tuesday, June 11, 2024 at 01:25:53 PM EDT, Kiana Thompson <klthompson@philasd.org> wrote:

---------- Forwarded message ----------

100

From: **Kiana Thompson** <klthompson@philasd.org>

Date: Fri, Jun 7, 2024 at 1:05?PM

Subject: Re: [EXTERNAL SENDER] Report: Parental Concern Regarding My Child's Safety in Palumbo High School

Good afternoon,

I have had the opportunity to speak to Ms. Xxxxxxxx regarding your concern. The video shown was from a song written around 2013, and was part of her Musico series each Wednesday where she exposed students to Latinx artists and the write reflections on the songs and the videos. She also allows students to suggest songs to be included in the series. This particular song was a suggestion from last year, which was the first time she used it after screening it for appropriateness. I had the opportunity to review the lyrics and the video and the song speaks out against oppression of all people, and names many different countries and different colonizers. I don't think anything in the lyrics suggest discrimination or hate speech. I have included the lyrics and video for you to review for yourself, but Ms. Xxxxxxxx is going to remove the song from the list knowing that it made someone uncomfortable as that was not her intention. https://lyricstranslate.com/en/somos-sur-we-are-south.html

I have reached out to the district to see what the official policy was on wearing/displaying flags in school. This was the response I received:

*If I understand you correctly, any student who wants to display their solidarity with a particular culture or group is permitted to do so barring their display doesn't fall into the category of hate speech or the para doesn't include a symbol already deemed as "hateful" or discriminatory. A flag, as I understand it, does not fall into the problematic category. As such, it would seem permissible for a student to wear a flag as a symbol of their solidarity.*

You mentioned your son having to "watch his back". What exactly does that mean? Has he been threatened in any way or has there been any violence towards him? We were made aware of the picture and the social media post and those students were reprimanded immediately. If there is a threat to any student's safety it would not be taken lightly, and we would need to know about it in order to address it.

Best,

101

Ms. Thompson

On Thu, Jun 6, 2024 at 7:44?AM

Dear Principal Kiana Thompson,

I am writing to you with deep concern regarding the anti-Semitism and fear my children are experiencing at Palumbo. As Jewish students, they are part of a small minority in the school's population.

A particularly troubling incident occurred yesterday in my son's Spanish class. The teacher Xxxxxxxxx Xxxxxxxxx made my son and his classmates watch a rap video promoting the destruction of Israel, with lyrics such as "Free Palestine... Fire in our hands, fire in our eyes." My son was horrified and heartbroken by this experience and just wanted to get out of there. This kind of rhetoric is hateful and discriminatory, marginalizing a small group of defenseless students, especially when it appears that staff members are endorsing or pushing such messages.

Furthermore, my son already feels like he has to constantly watch his back because of threats of violence due to his Jewish identity. As parents, we are increasingly nervous about what could happen to our children every day. As you are aware, students have openly taken photos in school expressing support for Hamas and wishing harm upon the school. These actions are unacceptable and pose a severe threat to the safety and well-being of the Jewish minority at Palumbo..

Additionally, there have been Palestinian signs and flags displayed in the hallways and in at least one teacher's classroom. Such material should not be pushed on students, as it creates a divisive and threatening atmosphere. By allowing these one-sided displays, it appears that the school is endorsing a particular stance, which escalates tensions and makes Jewish students feel unsafe. This practice unfairly targets the smaller minority, dismissing their feelings and not treating them equally.

I urge you to take immediate and decisive steps to address this situation. It is imperative that the school administration ensures a safe and inclusive environment for all students, regardless of their nationality or religion. This includes preventing staff from promoting or supporting any form of hate or violence and taking action against those who engage in discriminatory behavior.

If you discuss this incident with the teacher, I request that you do not mention my son's name, as he is already shaken up and we are concerned about potential retaliation from the teacher.

I am available for any further discussion or clarification you may require. Ensuring the safety and security of all students must be a priority, and I trust that you will take the necessary measures to resolve these serious issues.

Thank you for your attention to this matter.

Sincerely,

102

███████████

6/13/24 - 12:19 AM - email from Mrs. Heister:

6/13/24 - 11:00 - I had a meeting scheduled with ██████ family. The families of ██████, ████, ████ and ██████ (who does not go here) showed up and tried to ambush me into meeting with all of them at one time. I told them I would only meet with the family who had the appointment right now, and I was not meeting the whole group without my assistant superintendent present. The SSO had to intervene to get them to leave.

██████ mother was screaming about two girls made anti semitic comments in the first two minutes they were there. She said to one of my staff members, "Didn't you hear her say F Israel?" The students said they never said a word, and none of the staff present heard the students say anything. They stayed outside for about 30 minutes with the police. I don't know why they were there, they must've called them.

7:14 PM - email from ██████ mother

Hi Ms Thompson,

As you know there has been a lot going on today. I am most disappointed that there hasn't been an email sent out to the student body about an ongoing investigation. Instagram account called Palumbo.Positivity posted false allegations about my son and his friends along with their full names and was asked to share to everyone. This is a public account that people are sharing and this is resulting with death threats. Why hasn't this been shut down?

I demand an apology post from the instagram page that acknowledges that they made allegations without any proof and apologizing for making their names public. This is defamation of character that is hurting them currently with threats. I need actions to been taken immediately.

Please excuse their absences for today and tomorrow. I will also like to see a plan of how the school will create a safe and welcoming environment for next year.

Best regards,

███████████

103

**Principal Thompson met with the following students prior to the beginning of the new school year:**

8/19/24

11:00 AM

Attendees: Kiana Thompson, ⬛⬛⬛, A▬▬ X̶x̶x̶ via Zoom

8/26/24

2:20 PM - In-person Kiana Thompson, Rashida Stamps

8/27/24

11:20 AM - In person Kiana Thompson, Rashida Stamps

Students were given the opportunity to review their written statements

1.

2. Is there anything you would like to add to your statement?

3.

N⬛⬛- Not in school

A▬▬-(paraphrasing) - I knew ⬛⬛⬛ was spoken to because he DM'd my friend ⬛⬛ ) saying she didn't know what she was talking about, and that he knew he was trespassing. [A▬▬ will send screenshots].



• 
• ⬛⬛⬛ came in the room 1st, followed by ⬛⬛⬛ and ⬤⬛
• 
• ⬛⬛ was doing the recording
• 
• ⬛⬛ tore down the posters and left them on the floor. ⬛⬛⬛ picked up the posters and hung them back up.
• 
• Another boy wearing a yellow mask came in at the end and shook their hands and sat down, but she doesn't know his name.
• 

104



F███ ███ was recording ███ walked in first, handstand/grind, ███ didn't do a lot of talking, he was recording, ███ was quoting the constitution. ███ was the leader. He was doing the most.

███ r-I saw them go in the room, so after a few minutes, I went in and got the Qu'ran out because I didn't want anything to happen to it. The prayers were on the ground. Hadjer said she picked them up and put them back on the wall.

███ - I had seen them in there like a week before with their ears to the door, listening and laughing (3 boys). They didn't leave the library right after. They were in different areas of the library, texting each other and laughing. They were recording from the library.

2 How did you feel during and immediately after the incident?

N███-Not in school

A███ I felt scared because I know how ███ and ███ talk about girls. ███ recorded me while I was uncovered.

F███ Shocked when they first walked in because no boys ever come in 2nd period. I felt disrespected.

███ r-I thought it was really unnecessary to go in there and mock everything. It was really upsetting that they recorded A███ without her hijab.

███ -I went in the room after they left, then I went to Ms. Tuff. I felt disgusted, especially when they moaned when they left.

How are you feeling now?

N███-Not in school

A███ "I still feel scared, like how safe am I?" Felt threatened and disrespected. The boys stayed on the other side of the room, never came near her.

F███ Overwhelmed, lot of people reaching out

███ -Considering that some things are being done it makes me feel better.

███ -I still feel weirded out. They kind of violated a space. They were recording which was non-consensual. Some of the girls seemed scared.

You are aware that there was a great deal of social media activity after the incident. Were you involved in any way in the social media activity?

N███-Not in school

A████ (Paraphrasing) - I don't have much social media. I didn't post anything. People were coming up to me asking what happened. I told them. There's a positivity page but it's anonymous, nobody knows who runs it.

F████-I don't post all.

███-I don't know. There was an anonymous account that made it worse than it was.

███-I have no idea. I saw a lot of the posts.

What do you think you need in order to put the incident behind us and start the school year off on a positive note?

N███-Not in school

A████- I might have a class with ███ because we're supposed to take AP computer science. I don't want to be around him.

F███- Some consequences for those people that did this.

███-As long as everything gets taken care of and that doesn't happen again it should be ok. It's something that shouldn't be bought up a lot. As long as consequences are given it out it should be good.

███-I want this to serve as a reminder that if there is any type of harassment towards any group that there will be consequences.



Follow-up with ▮▮▮▮▮ - 8/27/24 - Stated she met up with the boys on the 5th floor and walked to the library with them. They went in library and she and ▮▮▮▮ sat down while ▮▮▮▮▮▮▮▮▮▮ went in the quiet room.  She went to Ms. Stamps after the incident because she didn't want to be grouped with them. She feels what they did was wrong and doesn't know why they did it. She asked ▮▮▮ afterwards why he did it and he said everyone was lying.

Follow-up with ▮▮▮▮▮▮▮ -8/27/24 - ▮▮▮ asked if I wanted to hang out with them so I went to the library and found a book. I was called into the room at the end. I sat down and everyone was kind of quiet. ▮▮▮ was on his phone. We just sat there for about 40 seconds then we left.

Upon the new school year starting on 8/26/24 we followed up with interviewing all students who provided statements that they were in the quiet room. None of the accused students returned to school, so I have not been able to follow up them, plus I received email communication from their lawyer that all communications need to go through her. They were all invited to a meeting on 8/19/24, but did not come in to meet.

107

**Final Investigation Report:**
Final Investigation Report

Based on written statements, video footage and in person interviews it is evident that █ Hunter entered the school building with ███████████ and proceeded upstairs. ███ verbally stated that he knew ██████ was not supposed to be in the building when questioned on 6/12/24. There is no evidence that ████████ or ██████ knew how ██████ entered the building.

Of the students who provided written statements, ██████ ████ and ████ , their statements written in school contradict the statements they provided to the FACE Office.

From the evidence gathered, it is founded that ██████████ , ███ ██████ , █████████████████████ ██████ participated in behaviors that can be classified as harassing.

················································································································

108



# THE SCHOOL DISTRICT OF
# PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | Academy at Palumbo |
|---|---|
| Date and Time statement obtained | Date: 06/13/2024          Time: 10:23 |
| Name of Employee obtaining statement | Name _____          Title: _____ |

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ████████████

What is your role in the school community? (Student)  Parent   Employee   Other _____

If you are a student, what grade are you in? __11th__

When did the incident happen? Date: __06/13/2024__          Time: __11:00__

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

Happened in front of the counclers office

_____

Who was there when the incident happened?

████████████████████████

_____

109



## THE SCHOOL DISTRICT OF
## PHILADELPHIA

### Statement Form

**This Section To Be Completed by School Employees:**

| | |
|---|---|
| School Name | Academy At Palumbo |
| Date and Time statement obtained | Date: 06/15/14    Time: 10:75 |
| Name of Employee obtaining statement | Name: I    Title: 10:09 |

---

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? █████████

What is your role in the school community?  (Student)  Parent   Employee   Other _____

If you are a student, what grade are you in? 11ᵗʰ

When did the incident happen? Date: 06/13/14 _____    Time: _____

Please feel free to add additional details if you do not remember the exact date/time:

_____

Where did the incident happen?

In front of the counselors suite

_____

_____

Who was there when the incident happened?

████████████

_____

_____

110



THE SCHOOL DISTRICT OF
PHILADELPHIA

## Statement Form

**This Section To Be Completed by School Employee:**

| School Name | |
|---|---|
| Date and Time statement obtained | Date: 06/13/24    Time: 11:20 |
| Name of Employee obtaining statement | Name: ~~████~~    Title: |

*Please answer the following questions fully and write as neatly as possible, or type.*

What is your name? ████████████

What is your role in the school community? (Student) Parent    Employee    Other _____

If you are a student, what grade are you in? 10th

When did the incident happen? Date: ~~█~~ 06/13/24    Time: 11:00

Please feel free to add additional details if you do not remember the exact date/time:

Where did the incident happen?

in front of the auditorium

Who was there when the incident happened?

████████████████████

111

# HIBster Report
## All Incidents
### School District of Philadelphia
#### Date Created: 9/10/2024

## 54297_AAP_08262024

| | | | |
|---|---|---|---|
| **Tracking #:** | 54297_AAP_08262024 | **Date Closed:** | 8/29/2024 |
| **Date Entered:** | 8/26/2024 | **Incident Date:** | 6/11/2024 |
| **School:** | ACADEMY AT PALUMBO | **Incident Time:** | 5:00 PM |
| **Investigation Type:** | HIB | **Reported By:** | Kathryn Hiester (Mother of student ) |

**Target:**

███████ (Student ID: 8598176, State ID: 1438540272) (Grade: 11) (Ethnicity: Hispanic/Latino) (Gender: Male)

**Action Taken - Target:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 6/13/2024 (Name of person contacting Parent/Guardian: Kiana Thompson, In person encounter)

Initial Agency Contact: None

Actions Taken: No Action, In School Setting, Limited contact with family since 6/13/24 except through attorney. None of the alleged victims have returned to Academy at Palumbo for SY 24-25

**Target:**

(Grade: 11) (Gender: Male)

**Action Taken - Target:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 6/13/2024 (Name of person contacting Parent/Guardian: Kiana Thompson, In - person encounter)

Initial Agency Contact: None

Actions Taken: None

**Target:**

(Grade: 11) (Ethnicity: Multiracial) (Gender: Male)

**Action Taken - Target:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 8/13/2024 (Name of person contacting Parent/Guardian: Kiana Thompson, In person encounter)

Initial Agency Contact: None

Actions Taken: None

**Target:**

(Grade: 11) (Gender: Male)

**Action Taken - Target:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 6/13/2024 (Name of person contacting Parent/Guardian: Kiana Thompson, In person encounter)

Initial Agency Contact: None

Actions Taken: None

**Type:**

**Classification:**

·112

Emotional, Electronic, Demeaning, Posting Rumors, Threat

**Location:**

Cell Phone, Hallway, Internet, Restroom

**Witnesses:**

████████████ (Grade: 12)

████████████ (Grade: 12)

**Other Evidence (In Addition to Witness Statements):**

Screenshots from internet, Video or Audio Tape

**Motivation:**

Alleged victims' perceived involvement in hate incident

**Alleged Offender:**

A████ A█████ ███████████████████████████ (Grade: 11) (Ethnicity: Multiracial) (Gender: Male)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 8/29/2024 (Name of person contacting Parent/Guardian: RASHIDA STAMPS, Title of person contacting Parent/Guardian: Other, Parent/Guardian notified in writing)

Initial Agencies Contacted: None

Actions Taken: ████████████████████████████

**Alleged Offender:**

A████ B█████████ ████████████████████████ (Grade: 11) (Ethnicity: White) (Gender: Male)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: Yes - Initially contacted on 8/29/2024 (Name of person contacting Parent/Guardian: RASHIDA STAMPS, Title of person contacting Parent/Guardian: Other, Pending)

Initial Agencies Contacted: None

Actions Taken: ████████████████████████████████

████████████████

**Alleged Offender:**

E██ R█████ ███████████████ (Grade: 10) (Ethnicity: Multiracial) (Gender: Female)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: No

Initial Agencies Contacted: None

Actions Taken: ████████████████████████████████████

████████

**Alleged Offender:**

I█████ T█████████ ███████████████████ (Grade: 10) (Ethnicity: Hispanic/Latino) (Gender: Female)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: No

Initial Agencies Contacted: None

Actions Taken: ████████████████████████████████████████████████
████████████████████

**Alleged Offender:**

E████████ M████████ ████████████████████████████ (Grade: 10) (Ethnicity: Hispanic/Latino) (Gender: Female)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: No

Initial Agencies Contacted: None

Actions Taken: ████████████████████████████████████████

**Alleged Offender:**

R████████ I████████ ████████████████████████████ (Grade: 11) (Ethnicity: Black) (Gender: Female)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: No

Initial Agencies Contacted: None

Actions Taken: ████████████████████████████

**Alleged Offender:**

S████████ G████ ████████████████████████ (Grade: 12) (Ethnicity: Asian) (Gender: Female)

Founded

**Action Taken - Alleged Offender:**

Has contact been made with parent/guardian?: No

Initial Agencies Contacted: None

Actions Taken: ████████████████████████████████

**Conclusion:**

Bullying Unfounded, Harassment Unfounded. Founded for Offenders: A████ A████, A████ B████████, E████ R████, I████ A T████████, E████ M████████, R████ B████████, S████ G████

A████, A████: Other - Retaliation - Unfounded

B████████, A████: Other - Retaliation - Unfounded

R████, L████: Other - Retaliation - Unfounded

T████████, E████A: Other - Retaliation - Unfounded

M████, E████A: Other - Retaliation - Unfounded

B████, R████H: Other - Retaliation - Unfounded

O████, S████: Other - Retaliation - Unfounded

Effects of HIB:

Submitted to BOE?  No

**Additional Information:**

Kathryn Hiester, mother of ███ Hiester, reported alleged harassment via email to Principal Kiana Thompson on 6/12/24. The incident occured two days prior to summer break leaving insufficient time to investigate the allegations. The investigation was paused until 8/26/24. Mrs. Hiester's email reads:

**Hello, Ms. Thompson & Ms. Stamps,**

**Some Palumbo students are posting about the incident at Palumbo on social media and also bullying on social media. An IG account called Palumbo Positivity named the individual boys involved in the incident. Palumbo Muslim students are planning a walkout tomorrow and most alarmingly ███ received a death threat.**

**I'm attaching screenshots so that you can be aware of what is going on. Palumbo students have even reached out to ████ sister who is a student at Central who herself has been harassed repeatedly for being Jewish.**

**I am concerned because J██ is being accused of all kinds of things and has been told that "you're so cooked the whole Palumbo is on your ass."**

**Please reassure me that you will have increased security and that you will review any video footage of the library.**

Addtionally, ███ Accused several students of making derogatory statements towards him, his family, and Israel.

On 8/26/24, Principal Thompson and Rashida Stamps (Dean) interviewed and collected statements from the alleged offenders. I.T. was not present on 8/26/24 or 8/27/24 and could not be interviewed. Statements associated with ███.'s allegations were gathered the day of the incident, 6/13/24.

I.T. - Accused of reposting the the alleged victims names on social media and said to "get them"

E.R. - Accused of reposting the boys names along with the directive "Fuck em up"

E.M. - Accused of reposting one of the accused victim's picture implying that he is Islamophobic and takes advantage of drunk girls

A.A. - Accused of telling JH that "he's so cooked" and the "whole Palumbo is on his ass"

**"donfrmnorf"** who could not be identified (there is no information on that page on IG) - Allegedly threatenen at least one of the alleged victims - by saying "don't let me catch you outside..."

A.B - Accused of threatning and trying to fight JH in the restroom on 6/11/24. Allegedly approached ███ and ███ telling them to call JH

In a statement given to personnel at School District headquarters, ███ Accused several students of making derogatory statements towards him, his family, and Israel.

Regarding ███.'s allegations:

**R.B** - Accused of saying "Fuck Israel" - Student maintains that she did not say this. There is no evidence of this.

**S.O.** - Accused of saying that ███ should be in jail.

**Final Investigation Report:**

The **Palumbo.possitivity** page on Instagram could not be traced to any particular student(s). The school does not have the resources to properly investigate who owns the page.

**I.T.** (*unfounded due to lack of evidence*)- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and therefore could not be interviewed. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ There was no evidence submitted showing that IT posted anything that was to the detriment of any of the boys involved in the alleged hate incident.

**E.R.** (*Actions found to violate the SDP Code of Conduct* ) - Reposted the names and the social media accounts of the alleged victims encouraging folks to "Fuck em up"

**A.A.** (*Accusation is unfounded because the excert submitted as evidence was only part of a conversation. We are unable to determine the full context based on one message*) -  Was speaking with JH via direct message. He explained that his comment about being "cooked" did not mean that he was going to do something to him; it was not a threat. Instead it was in response to JH's explanation about what he did at school. There were other messages prior to this message that would provide more context. Those messages were not furnished.

**E.M.** (*Actions found to violate the SDP Code of Conduct*)- Reposted one of the accused victim's picture implying that he is Islamophobic and takes advantage of drunk girls.

**AB** - (*Actions found to violate the SDP Code of Conduct*) Called JH approximately 20 times to get information about the incident that occurred.  Encountered JH in the restroom at the end of the day on 6/11 where he said to him "next time he wants to do that try it on me instead of the girls who were simply trying pray".  Claimed that he was not threatning JH, but rather offering an option for not other women to be harassed. Admitted to seeing ▮ and ▮ in Mr. Wiessmann's room.

**R.B** (*accusation unfounded*)- Accused of saying "Fuck Israel" - Student maintains that she did not say this. There is no evidence to support the accusation.

**A.M (Witness)** - Accused of speaking derogatory comments towards the alleged victims and their parents and Israel- AB said she did not say this and there is no evidence that she did. AB did say that one of the parents (presumed ▮▮▮▮▮▮▮▮▮) pointed her finger in her face and asked for her name and the name of another student.

**L.H.** -(*Unfounded*) Had an encounter with one of the parents (presumed ▮▮▮▮▮▮▮) of the alleged victims who asked for her name accusing her of saying something derogatory towards Israel. *There is no evidence supporting the accusation.*

**S.O.** (*accusation unfounded*)- Maintained that she did not say anything to anyone.