# Exhibit Cover Page

**EXHIBIT NUMBER** <u>6</u>

**⊗ K Luebert and PPositivity names the boys •••**



6:13

**KRISTINLUEBBERT**
**Posts**

kristinluebbert                                          ...

**PALUMBO.POSITIVITY**
**Posts**

palumbo.positivity If you are not educated on this situation then I urge you to pause and learn about what is going on. yesterday (Tuesday June 11, AKA diversity day) 3 sophomores at palumbo,their names are ❗ m parmar, j      hiester, and ja      pa      ⁝❗ snuck in another student from Saint Joe's, ❗ m ᐧᐧ danowitz ❗ and went to the prayer room located in the palumbo library and committed a hate crime. they were grinding on the floor, ripping down posters/decor, and exclaiming about how they are openly zionist and hate Muslims. All while there were 2 muslim girls in the room( i will not be sharing their names in case they are not comfortable with being associated). As of today (Wednesday June 12) only one of these boys has been punished for recording this horrible act while the other 2 and the trespasser still have not faced any disciplinary action( from my knowledge). This hate crime will not be tolerated especially as current events are taking place where Palestine's population is being severely attacked by Israeli military forces. Jewish and Muslim people of Palumbo can exist in peace( as they have before ), and this post is in no way targeting the Jewish community. Please spread this message. If anything in this post is inaccurate or needs to be corrected please comment or reach out via dm

View all 7 comments



Original Exh. 6 p.6



Original Exh. 6 p.7



Original Exh. 6 p.8



Original Exh. 6 p.9

Original Exh. 6 p.10



Original Exh. 6 p.11



Original Exh. 6 p.12



Original Exh. 6 p.13



Original Exh. 6 p.14

Original Exh. 6 p.15







**8:10**

.ıl 5G 🔋

finl3y.morris 48m · · · ✕

7:21

palumbo.positivity 5m · · · ✕
From Create Mode ›

**As you know, this page is about spreading positivity throughout the Palumbo community. With that said, hate crimes absolutely need to be acknowledged and addressed by administrators. These acts of islamophobia will not be tolerated and everyone involved must be punished.** Our Muslim community doesn't not deserve any of this and must be given justice. Keep spreading this story and hold these people accountable.

17

much love - Palumbo















# don

donfrmnorf · Instagram
27 followers · 0 posts
You don't follow each other on Instagram

**View profile**

8:46 PM

don't let me catch u w your manz
outside palumbo yall niggas gon
die ion play w my religion like that

**Accept message request from don (donfrmnorf)?**
If you accept, they will also be able to call you and see info
such as your activity status and when you've read
messages.

**Block**   **Delete**   **Accept**



You're so cooked

The whole Palumbo is on your ass

Even I'm mad too you're not supposed to be in that room

From what I heard yeah I'm sorry █████ this is kind of fucked what ████████ and ███████ did so I'm sorry, bro I can't have my representation being friends with somebody that did such an incident













r█████withanr  2h
From Create Mode >

wether you are pro palistine or pro israel, a hate crime is still a hate crime. The way our staff and especially Ms. Thompsons ways to 'deal' with it by sweeping it under the rug is gross and makes EVERYONE feel unsafe. How are muslim students supposed to feel safe in their own school when they haven't done anything to catch the students who did it or adress it??

for a school who claims to "love their diverse students and culture" y'all make a total fucking 360 by allowing white privileged kids (who don't even attend here) destroy a sacred place for students during one of the most brutal genocides in their own home. If you're reading this and don't even go to Palumbo, please spread the word so whoever did this can get what they deserve because our falcilty obviously is useless when it comes to the actually important shit.















From Create Mode >

catherine0880   20h

wether you are pro palistine or pro israel, a hate crime is still a hate crime. The way our staff and especially Ms. Thompsons ways to 'deal' with it by sweeping it under the rug is gross and makes EVERYONE feel unsafe.  How are muslim students supposed to feel safe in their own school when they haven't done anything to catch the students who did it or adress it??



for a school who claims to "love their diverse students and culture" y'all make a total fucking 360 by allowing white privileged kids (who don't even attend here) destroy a sacred place for students during one of the most brutal genocides in their own home. If you're reading this and don't even go to Palumbo, please spread the word so whoever did this can get what they deserve because our falcilty obviously is useless when it comes to the actually important shit.

Send message

 

41

 carsonluv101  2h     ···    ✕

I have no words besides this is completely messed up. The fact that the faculty didn't even bother to send a email out to families addressing the matter is sickening. The fact that not much disciplinary action has been taken is sickening.

Send message      



the whole thing with the prayer room is insane ngl and the school would rather show us a pro 2k player than say sumn about it 😭😭

Cause when are they gonna send out an email to parents acknowledging and addressing this? Or are they too worried about the schools image?

suspends kids for being in the halls but not kids showing proud Islamophobia? mmkkkk palumbo

they care too much abt the lil stuff, like y'all more worried abt kids getting to class in 3 mins than ts and IT SHOWS



From Create Mode

brenanaas  17h

and the kids that did it come from money so they think they are so entitled and can get away with anything, these are also the same kids who make r@pe jokes and try inviting little girls to hangout w them

+ they sexulize the hell out of ALL WOMEN and i bet the worse they got was a phone call home GN!!

44



perfumeobsessionn 8h

brenanaas 17h
user028408 9m
From Create Mode >

the whole thing with the prayer room is insane ngl and the school would rather show us a pro 2k player than say sumn about it 😭😭

Cause when are they gonna send out an email to parents acknowledging and addressing this? Or are they too worried about the schools image?

suspends kids for being in the halls but not kids showing proud Islamophobia? mmkkkk palumbo

they care too much abt the lil stuff, like y'all more worried abt kids getting to class in 3 mins than ts and IT SHOWS



