# Exhibit Cover Page

**EXHIBIT NUMBER 6A**

This exhibit has been filed under seal.