IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN HIESTER AND CHRISTOPHER HIESTER, et al, | : : : | No. 2:25-cv-04502 |
| Plaintiffs, | : : | |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHA, | : : : | |
| Defendants. | : | |

**STIPULATION ON BRIEFING SCHEDULE SUR
DEFENDANTS' MOTIONS TO DISMISS
THE AMENDED COMPLAINT**

The undersigned counsel for Plaintiffs and Defendants hereby stipulate that Plaintiffs shall have to and including March 2, 2026, to submit their brief in opposition to Defendants' respective Motions to Dismiss the Second Amended Complaint, and that Defendants shall have to and including March 16, 2026, to file their reply briefs in support of their respective Motions to Dismiss the Amended Complaint.

February 9, 2026                                  THE DEBORAH PROJECT

/s/
_____
Jerome M. Marcus PA Attorney ID 50708
Lori Lowenthal Marcus Attorney ID 53388
P.O. Box 212
Merion Station, PA 19066
Voice:  610 880 0100
*Counsel for Plaintiffs*


/s/                                              /s/
_____    _____
Lee C. Durivage                                  *Marjorie McMahon Obod*
Attorney ID No. 205928                           Attorney ID No. 47531
Mary N. Yurick                                   DILWORTH PAXSON LLP
Attorney ID No. 313172                           1650 Market Street, Suite 1200
2000 Market Street, Suite 2300                   Philadelphia, PA. 19103
Philadelphia, PA 19103                           Phone:  (215) 575-7015
Phone: (215) 575-2584/(215) 575-2883             Email:  mobod@dilworthlaw.com
E-mail: lcdurivage@mdwcg.com/                    *Counsel for Defendants School District ,*
mnyurick@mdwcg.com                               *of Philadephia, Richard Gordon, Kiana Thompson*
*Counsel for Kristin Luebbert and*               *and Rashida Stamps*
*Keziah Ridgeway*


IT IS SO ORDERED, this ___ day of _____, 2026.


                                                _____
                                                Hon. John Milton Younge, U.S.D.J.
                                                United States District Judge

2