IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIESTER, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2:25-cv-04502 |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHA, *et al.,* | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 12th day of February, 2026, upon consideration of Plaintiffs' Motion for Leave to Redact and Seal Exhibits (ECF No. 32), it is hereby **ORDERED** that Plaintiffs Consent Motion for Leave to Redact and Seal Exhibits to the Amended Complaint is **GRANTED.**

The Clerk of Court is directed to file on the public docket the materials appearing as Exhibit A to Plaintiffs' Motion for Leave to Redact and Seal.

It is further **ORDERED** that the Exhibits to the Amended Complaint (ECF Nos.17 and 20), Exhibit 6a to the Amended Complaint (a thumb drive in the custody of this Court), and the Exhibits to the original Complaint (ECF No. 1) are all to be filed under seal.

**BY THE COURT:**

/s/ John Milton Younge

**HON. JOHN MILTON YOUNGE**
**U.S. District Court**