# Exhibit Cover Page

**EXHIBIT NUMBER 22 A**

**<u>LETTER WRITTEN TO THE SUPERINTENDANT OF THE PHILADELPHIA SCHOOL DISTRICT:</u>**

----- Forwarded Message -----
**From:** Jean Danowitz <███████████████>
**To:** superintendent@philasd.org <superintendent@philasd.org>
**Cc:** sjubilee@philasd.org <sjubilee@philasd.org>; rstreater@philasd.org <rstreater@philasd.org>; wnovales@philasd.org <wnovales@philasd.org>; saandrews@philasd.org <saandrews@philasd.org>; ccubbage@philasd.org <ccubbage@philasd.org>; ceharper@philasd.org <ceharper@philasd.org>; whljones@philasd.org <whljones@philasd.org>; clam@philasd.org <clam@philasd.org>; jstern@philasd.org <jstern@philasd.org>; jwilkerson@philasd.org <jwilkerson@philasd.org>; jholtzman@jewishphilly.org <jholtzman@jewishphilly.org>
**Sent:** Friday, June 14, 2024 at 08:37:54 PM EDT
**Subject:** URGENT ACTION NEEDED: FALSE ACCUSATIONS AGAINST STUDENT & ONLINE THREATS

Dear Superintendent Watlington,

My name is Jean Danowitz. I am a Philadelphia resident whose son, M███ Danowitz, attended the Academy at Palumbo for the 2022/2023 school year. M███ transferred to St. Joseph's Prep as of September 2023, where he is notably one of the few Jewish students in attendance. Since leaving Palumbo, ███████ has kept close ties with some of his former schoolmates, and he recently went to say hello to some of them at school.

On the day he visited Palumbo (06/11/2024), I received a call later in the afternoon from Ms. Thompson, the Principal at Palumbo, who told me that M███ had made an unauthorized visit inside the school. Principal Thompson claimed that M███'s friends let him into the school through a back or side door and that once inside the school, he and three Palumbo students allegedly trashed the school prayer room and verbally assaulted the Muslim girls who were inside.

Feeling stunned and outraged after hearing this account, I told Principal Thompson that I would speak with M███ when he got home and would return her call the following day. When M███ arrived home that evening, I told him what the principal had told me and asked what had happened. M███ denied any misbehavior at the school and stated that he went directly through the front door of Palumbo that morning, put his bag through the X-ray scanner, and walked directly past security and school administrators. Furthermore, M███ explained that the accusations made against him by Principal Thompson regarding the prayer room were completely false.

Since then, I have connected with the parents of the other boys who were falsely accused of this behavior (████ Hiester, ████ Parmar and J███ █████████) and discovered that one of the boys took a video of the entire incident. This video directly contradicts the accusations made by Principal Thompson and shows M███ sitting in the room with his friends, where he is saying a Jewish prayer. He hears a group of girls

laughing hysterically at him and asks, "What is so funny?" The girls kept laughing, and he asked again what was so funny. One of the girls responds by asking what they're doing in the room, to which M▓▓▓ proclaims that he is a proud Zionist. Another student says 'Am Yisrael Chai' and shows M▓▓▓ doing a Horah dance. The video ends with the students leaving the room.

Since Tuesday afternoon, I have discovered an incredible amount of hate posted on social media against M▓▓▓ and the three other boys, all relating to the accusations made my Principal Thompson, including:

- An Instagram page @palumbo.positivity (with Academy of Palumbo's logo) that includes:

    o The names of all four boys (▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
    o Pictures of their social media accounts
o Threatening messages towards all four boys

- A google doc posted by Kristin Luebbert, @teacherinphilly, a teacher in the Philadelphia School District, doxxing M▓▓▓, and filled with false accusations against M▓▓▓ and the boys. I attached a copy of this document for your review:
[6/13/24 Goals & Guardrails Testimony](#)

- An Instagram account @TeachKizzyTeach – a teacher in the Philadelphia School District – making false accusations against M▓▓▓ and the three other boys

This online harassment, including posts made by teachers within the Philadelphia School District is unacceptable, dangerous, and only serves to further inflame a situation that never occurred.

M▓▓▓ and I, along with the 3 other boys and their parents, met with Victim Assistance Specialists, Gina Crayton and Victoria Trower, on Thursday, June 13, 2024. While there, M▓▓▓ documented and submitted the details of his visit at Palumbo. The video depicting the time M▓▓▓ and the three boys spent in the prayer room at Palumbo was shared earlier today with both Gina and Victoria.

In a conversation with Ms. Trower yesterday, she told me that tensions are high between Jewish and Muslim students due to a Jewish organization that demanded the School District of Philadelphia condemn Muslims and Palestinians, rather than Hamas and terrorism, immediately after the October 7th attack in Israel. No one in our family

has ever made a demand like that, is in any way associated with this Jewish organization, nor have we ever made statements regarding/against Palestinians or Muslims.

In light of the information that I have provided you with, I demand that the School District of Philadelphia take immediate action:

    1) Work to have all posts made about M▇▇ and the three boys immediately removed from
- @palumbo.positivity
- @teachkizzyteach
- Kristin Luebbert's Google Doc dated 6/13/24

    2) Reverse the suspension of the three boys involved in this incident who are current students at Palumbo: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3) Launch a full investigation into why Principal Thompson and other Philadelphia School District teachers made, and continue to make, false accusations against M▇▇ and his friends.

**I expect a prompt and thorough response to these demands by Monday, June 17, 2024 at 9:00 AM.**

Sincerely,
Jean Danowitz