**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| KATHRYN HIESTER, *et al.*, | : | No. 2:25-cv-04502 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHA *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of June, 2026, upon consideration of the Motions to Dismiss filed at ECF Nos. 37, 43, it is hereby **ORDERED** that said motions shall be **SCHEDULED** for a hearing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, on **July 9th, 2026, at 10:00 A.M.** before the Honorable John Milton Younge in Courtroom 15B, 15th floor.

**BY THE COURT:**

*/s/ John Milton Younge*

_____
**HON. JOHN MILTON YOUNGE**
**U.S. District Court**