**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHRYN HIESTER, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | No. 25-cv-4502-JMY |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon consideration of Defendants' Motions to Dismiss and associated filings (ECF Nos. 37, 43, 55–57), it is hereby **ORDERED** that Defendants' motions are **GRANTED IN PART AND DENIED IN PART**, as set forth in the accompanying memorandum and as follows:

1. Defendants Kristin Luebbert and Keziah Ridgeway's Motion to Dismiss (ECF No. 37) is **GRANTED** without prejudice, with leave to amend.

2. Defendants School District of Philadelphia ("SDP"), Richard Gordon, Kiana Thompson, and Rashida Stamps's Motion to Dismiss (ECF No. 43) is:

    a. *Count I*:

        i. **GRANTED** as to Plaintiff Danowitz, as guardian for M. Danowitz, with prejudice;

        ii. **GRANTED** as to remaining Plaintiffs' claims for injunctive relief, with prejudice;

        iii. **DENIED** as to remaining Plaintiffs' claims for damages; and

        iv. **GRANTED** as to Defendant SDP, without prejudice.

    b. *Count II*:

        i. **GRANTED** without prejudice.

    c. *Count III*:

i. **GRANTED** as to Defendants Gordon and Thompson in their individual capacities, with prejudice; and

ii. **GRANTED** as to Defendants SDP, Gordon, and Thompson in their official capacities, without prejudice.

d. *Count IV*:

i. **GRANTED** as to Defendant SDP, without prejudice; and

ii. **DENIED** as to Defendants Gordon, Thompson, and Stamps.

BY THE COURT:

/s/ *John Milton Younge*

**Judge John Milton Younge**