**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHRYN HIESTER, et al.<br>Plaintiffs,<br><br>v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHA et al.,<br><br>Defendants. | : No. 2:25-cv-04502<br>:<br>: (Hon. John Milton Younge)<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER**

**AND NOW**, this 14th day of September 2026, upon consideration of the Defendants Richard Gordon, Kiana Thompson, and Rashida Stamps' Unopposed Request for an Extension to Answer Plaintiffs' Amended Complaint, it is hereby **ORDERED** that the request is **GRANTED.** Defendants must answer Plaintiffs' Amended Complaint **on or before September 18, 2026.**

Counsel are referred to Judge Younge's operating procedures for further information: ttps://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
John Milton Younge, U.S.D.J.