**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHRYN HIESTER, *et al.*, Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 25-cv-4502-JMY |
| THE SCHOOL DISTRICT OF PHILADELPHIA, *et al.*, Defendants. | : | |

# ORDER

**AND NOW**, this 21st day of October, 2026, the Parties being engaged in good-faith settlement discussions, it is hereby **ORDERED** that the above-captioned case is **STAYED** through December 17, 2026.

It is further **ORDERED** that no later than **December 18, 2026**, the Parties shall jointly file a status update with the Court regarding the progress of the settlement discussions.

BY THE COURT:

/s/ *John Milton Younge*

**Judge John Milton Younge**